## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| BEN GYADU | : | 2003 OCT 17  A 10: 18 |
| PLAINTIFF | : | CIVIL ACTION NO. 302CV01271(AWT) |
| | : | US DISTRICT COURT |
| v. | : | HARTFORD CT |
| | : | |
| MAURA O'CONNELL | : | October 17, 2003 |
| DEFENDANT | : | |

### RESPONSE TO PLAINTIFF'S OBJECTION TO EXTENSION OF TIME

Plaintiff in his objection dated September 30, 2003, to defendant's motion for an additional extension of time, complained that "[c]ontrary to counsel's allegations...plaintiff responded to" defendant's letter of September 22, 2003, regarding the motion for an additional extension. Plaintiff's objection of September 30, 2003, p. 6. He claims that defendant's motion represents "bad faith pleading." *Id.*, p. 7.

Plaintiff did respond to our motion by a letter dated September 25, 2003, in which he stated, among other things, that "as long as you are not seeking the additional time just to look for dirt for a defense...I would not stand in your way to get the additional time in question." However, we did not have that letter when we filed our motion for extension of time on September 24, 2003. We did not receive it until September 29, 2003. We filed it with the Court within about 45 minutes after receipt. Please see Plaintiff's Response to Defendant's Motion for Extension of Time, filed September 29, 2003, at about 12:12 p.m. According to our records, we also mailed a copy to plaintiff that date.

Plaintiff should have received that filing some time ago. Since he has not mentioned the fact that we did file his letter of September 25, 2003, with the Court, we are doing so now.

DEFENDANT MAURA L. O'CONNELL,
ASSISTANT CLERK, SUPERIOR
COURT, STATE OF CONNECTICUT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Daniel R. Schaefer
Assistant Attorney General
Federal Bar No. ct
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of

the Federal Rules of Civil Procedure on this 17th day of  October,  2003 to:

Ben Gyadu
PO Box 4314
Waterbury, CT  06704


Daniel R. Schaefer
Assistant Attorney General