The U.S. District Court,
450 Main Street
Hartford, CT 06103

Date: 28th Oct, 2003

Doc. #: 3:02-CV-01271 (AWT)

BEN. GYADU Vs Attny. Maura O'Connell

MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO DEFENDANTS "ANSWER PRESENTING DEFENSES UNDER RULE 12(b) FRCP"

The plaintiff humbly requests Sixty (60) days Extension of Time or whatever Extension Of Time the Court might deem appropriate to enable the plaintiff to: (i) Complete the preparation of his Objection

Page 2

with all the necessary supporting documents of evidences (ii) complete his search for an attorney who would present his Objection properly and thus effectively before the court to, at least, limit the chances of having yet another unfavourable Ruling to repeat the cycle of bad history without which the plaintiff would never have been subjected to the on-going un-ending manifest injustices in the plaintiff's quest for justice, and file his much needed Objection to the defendants' Answer.

As a result of string of unfavourable

Rulings which were all a consequence of one grievous erroneous Ruling of plaintiff's initial action at the State Superior Court and the most recent unfavourable Ruling which repeats the cycle of bad history which the plaintiff did whatever possible with every necessary supporting document, to avoid and even moved for sanctions against Counsels fraudulent and dis-honest acts upon which the Courts enter the unfavourable Rulings against the plaintiff, but the Court not only denied the motion for sanctions but went a step-further to state that it is the

Page 4

defendant but not the plaintiff that has a claim of sanctions against the plaintiff, the pro se plaintiff has come to a realization that without an attorney he would hardly get justice sought against the wrongs committed against him constantly and he might even be sanctioned by the District Court as well and therefore needs an attorney to file his papers to avoid filing papers for justice himself and thus risk the chance for justice.

The plaintiff has therefore embarked upon every necessary search efforts

Page 5

for an attorney and has leads for an attorney. Please, see a copy of the enclosed labelled EXH(1)

Plaintiff should therefore be grateful if he would be given time extension as requested to enable the plaintiff complete the preparation of his Objection and have an attorney who would file the papers for the Objection so that the Court would see in its right perspective the wrongs that have been perpetuated against the pro se, plaintiff repeatedly and put a stop to the cycle of manifest injustices against

Page 6

The Indigent, Pro se plaintiff, Constantly As a result of the defendants alleged wrongs, the plaintiff has lost his home which he secured out of $20,000 savings from working two and even three jobs while going to school full-time.

The plaintiff therefore cannot afford losing this case as a result of lack of an attorney.

Plaintiff therefore prays this motion would be granted to enable the plaintiff to file his Objection through an attorney.

Respectfully Submitted.
Ben. Gyedu P.O. Box 4314
Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the fore-going was mailed to Counsel, The State Attorney General, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120

Sincerely,

Ben. Gyadu,

P.O. Box 4314,

Waterbury, CT 06704

**SECURITY FIRST** INSURANCE GROUP

Security First Insuranc
Security First Insuranc
of Fairfield, Inc.
B.S.D., Inc.

255 Bank Street
P.O. Box 1970
Waterbury, CT 06722
(203) 574-5200
(800) 647-7321
(203) 574-0408 Fax
www.securityfirst.net

October 27, 2003

Ben Gyadu
PO Box 4314
Waterbury, CT   06705

Dear Mr. Gyadu:

Thank you for your interest in Pre-Paid Legal services. Enclosed you will find the membership application to be signed and returned to my office in the envelope that I ha provided. Please be sure to include a check in the amount of $27.00 made out to Pre-P Legal Services and fill in the monthly bank draft information at the bottom of the application. If you would prefer to pay with your credit card, simply fill in the credit c information section at the bottom of the application. Before mailing in the application, sure to tear off the pink copy, as this is your receipt. If you have any further questions regarding Pre-Paid Legal, please feel free to contact me. Once again we thank you for your continued patronage, and we appreciate your confidence.

Sincerely,

*[signature]*

Robert George

The U.S. District Court,

450 Main Street,

Hartford, CT 06103

Date: 12th Nov., 2003

Doc. #: 3:02-CV-01271 (AWT)
BEN. GYAMU Vs Maura O'Connell
REF:

FORWARDING THE PLAINTIFF'S MOTION FOR EXTENSION OF TIME WHICH IS ATTACHED TO THIS NOTE

The plaintiff moves to forward his Motion For Extension of time, dated the 28th Oct., 2003 which was inadvertently sent to counsel of the defendant as it would be discovered from a copy of the enclosed note by which Counsel sent the original motion which was intended for the Court. The plaintiff apologizes

Page 2

for any resultant problem.

Respectfully Submitted

Ben. Gyadu (Sf Co.)

P.O. BOX 4314

Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the fore-going was mailed to Counsel, the State Attorney General, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120

Sincerely,

Ben. Gyadu,

P.O. Box 4314,

Waterbury, CT 06704

RICHARD BLUMENTHAL
ATTORNEY GENERAL



55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: ( 860 ) 808-5020
Fax: (860) 808-5347

Office of The Attorney General
## State of Connecticut

November 6, 2003

Mr. Benjamin Gyadu
P. O. Box 4314
Waterbury, Conn. 06704

**Re: Gyadu v. Maura O'Connell  U. S. Dist. Ct. D. Conn. 3:02-cv-01271 (AWT)**

Dear Mr. Gyadu:

    We received the enclosed motion for extension of time, dated October 28, 2003, postmarked October 31, 2003, on November 3, 2003. This appears to be an original document.

    The following day we received what appeared to be an additional copy. We have kept this additional copy for our files.

    Both documents were addressed to us. We have included with the enclosed motion for extension of time that we received November 3, 2003, the envelope it came in. It is addressed to our office. The envelope in which the copy of the motion was received by us the next day was also addressed to our office.

    We called the U. S. District Court Clerk's office in Hartford today, where the file for this case is maintained. The Clerk's office informed me that your motion for extension of time has not been docketed, and if it had would have been docketed now if it had been sent to them when it was sent to us.

    It is possible, therefore, that you may have inadvertently sent the original of this motion to us instead of to the Court, and that the Court in Hartford does not have your motion.

    Please note also that your motion is addressed to the U. S. District Court, 450 Main Street, Waterbury, Ct. 06704. The U. S. District Court which has this file, however, is in Hartford, not Waterbury. It is also possible that you may have sent the motion to the Federal Court in Waterbury, but I have not checked with that court or the clerk's office there about this.

    In any event, I'm informed that the mailing address for the U. S. District Court in Hartford is 450 Main Street, Hartford, Conn. 06103, but I suggest that you make sure that this is the correct address by contacting the Clerk's office yourself, and that you also double check with the Clerk's office as to where you should file your documents in this case. I am referring you to

November 6, 2003
Page 2

the Clerk's office, because I want to make sure you get the best possible information directly from them and also because we are not allowed to give you advice.

As previously indicated, I am returning your original motion for extension of time, with the envelope it came in, to you. Again, based on available information, it does not appear that it was filed with the U. S. District Court in Hartford.

Yours truly,

*[signature: Daniel R. Schaefer]*

Daniel R. Schaefer
Assistant Attorney General


Enclosure: Motion for Extension of Time to File Objection to Defendant's Answer Presenting Defenses Under Rule 12 (b) FRCP, dated October 28, 2003, signed by Ben Gyadu, with accompanying envelope addressed to State Attorney General 55 Elm Street, P. O. Box 120 Hartford, Ct. 06141-0120 Attn: Atty. Daniel Schaefer

Case 3:02-cv-01271-AWT    Document 33    Filed 11/13/2003    Page 15 of 15