#33

The U.S. District Court

450 Main Street

Hartford, CT 06103

Date: 28th Oct., 2003

Doc. #: 3:02-CV-01271 (AWT)

BEN. GYABU Vs Attny. Maura O'Connell

MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO DEFENDANTS "ANSWER PRESENTING DEFENSES UNDER RULE 12(b) FRCP"

**Extension GRANTED, to and including December 24, 2003. It is so ordered.**

The plaintiff humbly requests Sixty (60) days Extension of Time or whatever Extension of Time the Court might deem appropriate to enable the plaintiff to: (1) Complete the preparation of his Objection

FILED 2003 NOV 13 P 12:30 US DISTRICT COURT HARTFORD CT