02cv1271 mtn ext

35

The U.S DISTRICT COURT,

450 MAIN STR.,

HARTFORD, CT 06103

DATE: 26TH DEC, 2003

BEN. GYADU Vs MAURA O'CONNELL

Doc. #: 3:02-CV-01271(AWT)

MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO ENABLE THE PLAINTIFF COMPLETE THE SEARCH FOR COUNSEL

    The Court gratefully granted the plaintiff an Extension Of Time to look for Counsel to file his much needed Objection to the defendants: "Answer Presenting Defenses Under Rule 12(b) F.R.C.P."

    As a result of the Courts

Extension GRANTED, nunc pro tunc, to and including February 24, 2004. No further extensions will be granted, unless filed by counsel who is just coming into the case. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 1/9/04