02CV1271mtNLV

The U.S. District Court,

36

450 Main Street,

Hartford, CT 06103

Date: 3rd Jan., 2004

Doc#: 3:02-CV-01271 (AWT)

BEN GYASU Vs MAURA O'CONNELL

REQUEST TO SUBMIT AN EXHIBIT, I.E. EXH(2), OF THE MOTION FOR EXTENSION OF TIME DATED THE 26TH DEC., 2003, THAT WAS NOT ATTACHED TO THE MOTION BEFORE MAILING IT

The plaintiff requests leave to submit EXH(2) of the recent Motion For Extension Of Time dated the 26th Dec., 2003, which he discovered later that he might not have attached it to the