FILED

2004 MAR -9 A 8:15

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
BEN GYADU,                    :
                              :
     Plaintiff,               :
                              :
v.                            :   Civil No. 3:02CV01271(AWT)
                              :
MAURA O'CONNELL,              :
                              :
     Defendant.               :
                              :
------------------------------x

### ENDORSEMENT ORDER

The plaintiff's "Note to the Court" (Doc. No. 15) requesting leave to file an "Objection to Answer Presenting Defenses Under Rule 12(b) of F.R.C.P." is hereby DENIED. The plaintiff seeks to file a response to the defendant's affirmative defenses. However, pursuant to Rule 7(a) of the Federal Rules of Civil Procedure, the plaintiff is not required to file a response. The Clerk shall return the objection to the plaintiff.

It is so ordered.

Dated this 8th day of March, 2004, at Hartford, Connecticut.

                                   Alvin W. Thompson
                              United States District Judge