**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
BEN GYADU,                    :
                              :
     Plaintiff,               :
                              :
v.                            :     Civil No. 3:02CV01271(AWT)
                              :
MAURA O'CONNELL,              :
                              :
     Defendant.               :
                              :
------------------------------x
```

**AMENDED ENDORSEMENT ORDER**

On March 8, 2004, the court denied the plaintiff's "Note to the Court" (Doc. No. 39) requesting leave to file an "Objection to Answer Presenting Defenses Under Rule 12(b) of F.R.C.P." See Doc. No. 40. In the endorsement order, the plaintiff's "Note to the Court" was referred to as Document Number 15. The document referred to should have been Document Number 39. Accordingly, the reference in Doc. No. 40 is hereby amended to be a reference to "Doc. No. 39."

It is so ordered.

Dated this 27th day of March, 2004, at Hartford, Connecticut.

                              _____/s/_____
                                   Alvin W. Thompson
                              United States District Judge