UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
BEN GYADU,                     :
                               :
     Plaintiff,                :
                               :
v.                             :   Civil No. 3:02CV01271(AWT)
                               :
MAURA O'CONNELL,               :
                               :
     Defendant.                :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

    The plaintiff's Motion for Clarification (Doc. No. 41) is hereby DENIED for the reasons set forth in the defendant's objection.  <u>See</u> Doc. No. 42.  See also Doc. No. 43, which corrects the cross-reference in Doc. No. 40.

    It is so ordered.

    Dated this 29th day of March, 2004, at Hartford, Connecticut.

                                                   /s/
                                      Alvin W. Thompson
                           United States District Judge