## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEN GYADU | : | CIVIL ACTION NO. 302cv01271(AWT) |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| MAURA O'CONNELL | : | March 26, 2004 |
| DEFENDANT | : | |

### NOTICE OF COMMUNICATION WITH PLAINTIFF

Defendant hereby files a copy of the enclosed letter to plaintiff of March 25, 2004,

requesting that he serve his documents directly on undersigned counsel, instead of simply

serving the Attorney General. In filing the enclosed letter, defendant takes no position as to what

the plaintiff's purpose was in not serving undersigned counsel directly. This filing is made

instead to explain the delay in responding to plaintiff's motion, and also to document for the

court record defendant's request in the enclosed letter.

DEFENDANT MAURA L. O'CONNELL,
ASSISTANT CLERK, SUPERIOR COURT
OF THE STATE OF CONNECTICUT

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Daniel R. Schaefer
Assistant Attorney General
Federal Bar No. ct
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Daniel.Schaefer@po.state.ct.us

## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of

the Federal Rules of Civil Procedure on this 26th day of March, 2004 to:

Ben Gyadu
PO Box 4314
Waterbury, CT  06704

 

 

_____

Daniel R. Schaefer
Assistant Attorney General