*Tel: ( 860 ) 808-5020*
*Fax: (860)  808-5347*

March 26, 2004

Mr. Ben Gyadu
P. O. Box 4314
Waterbury, Conn. 06704

**Re: Gyadu v. O'Connell, Civ. No. 3:02cv01271 (AWT)**

Dear Mr. Gyadu:

  Your motion for clarification dated March 16, 2004, contains a certification stating that a copy was mailed to "Counsel, the State attorney general, 55 Elm Street," etc.

  It does not state that it was mailed directly to me. I believe that this is the second time that this has happened.

  I am the attorney who has entered an appearance in this case, although I serve at the direction of the Attorney General. Although our appearances also list the Attorney General, they indicate that he is appearing by me. I am the only person who has signed the appearance and other documents for our office in this case.

  By sending your documents to the Attorney General and not to me, you have caused delay in my receipt of those documents. Our office has to take the time to determine which of our many attorneys is handling this case.

  I still have not received a copy of your motion for clarification which you mailed us, assuming that you did in fact mail it. I only found out about the filing of your motion through the electronic court filing system.

  Accordingly, I request that you please send all documents that you file in this case to me directly, at the address indicated for me on our pleadings.

  Thank you very much for your anticipated cooperation.

            Very truly yours,

            Daniel R. Schaefer
            Assistant Attorney General