02CV1271mtnext

FILED The U.S. District Court,

46

2004 APR 19 A 11:30   1450 Main Street,

U.S. DISTRICT COURT
HARTFORD, CT

Hartford, CT 06103

Date: 12th Apr., 2004

Doc. #: 3:02-CV-01271 (AWT)
BEN. GYADU vs MAURA O'CONNELL

MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COURT'S ORDER WHICH DENIED THE MOTION FOR CLARIFICATION OR IN THE ALTERNATIVE MOTION FOR FURTHER CLARIFICATION

DENIED as ordered.

2004 APR 27 A 11:
U.S. DISTRICT COURT
HARTFORD, CT.

Alvin W. Thompson
Hartford, CT
04/26/04

The Court denied the plaintiff's Motion for Clarification stating:

The plaintiff's Motion for Clarification (Doc. No. 41) is denied for the reasons