The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 18th June, 2004

BEN. GYASU Vs MAURA O'CONNELL
Doc. # : 3:02-CV-01271 (AWT)

## MOTION TO SUPPLEMENT THE RECORD

The plaintiff moves to supplement the record with (i) a copy of the defendant's previous Execution Order which took the defendant 5 consecutive days — 5th Aug., 1998 that the plaintiff applied for it, to the 13th Aug., 1998 that the defendant sent the notice — to issue

Page 2

the Execution Order for plaintiff against a thin file of only one volume   (ii) a copy of the defendant's current Execution Order which took the defendant 11 minutes not even an hour let alone (24 x 5) hrs — 2nd Nov., 2001 at 4:49 p.m. that Attorney Eugene Melchionne applied for the Execution Order to the 2nd Nov., 2001 at 5 p.m., the latest, that the defendant sent the notice — to issue the Execution Order for Attorney Eugene Melchionne against not even a thin file of only one volume but a huge file of 7 thick individual volumes

This is a testimony

Page 3

to the fact that the defendant, in her ambition to issue the Execution Order <u>before</u> the plaintiff had any chance of receiving the notice of the Memorandum Of Decision and took an action that could torpedoe the ILL-CONCEIVED plans, the CONSPIRACY, between her and Attorney Melchionne to throw the plaintiff out of his home and property by DISHONEST acts, ABANDONED her specified duties without which the Execution could NEVER have been issued in 11 minutes or in about 1/6th of an hour, as she did.

In that way intended to harm the plaintiff, regardless of the law, the defendant was

Page 4

rest assured that the plaintiff had lost his home and property as she and Attorney Melchionne planned it knowing that once the Execution Order was issued, the plaintiff could not do anything whatsoever to save his home and property just as what it occured when (a) the deputy Chief Clerk and the Chief Clerk of the Superior Court of Waterbury refused to file the plaintiff's papers intended to set aside the judgement pursuant to Sec. 49-15 of the Ct Gen. Statute Annotated and (b) Judge Holzberg denied the plaintiff's fee-waiver application to open the case, stating the judgement had been

Page 5

executed already and therefore it was futile to attempt to open the case.

As a result of the defendants prejudices against the plaintiff's race and/or national origin, the defendant has caused the plaintiff to lose his home and property in the middle of the litigation of the fraudulent foreclosure action by nobody but the plaintiff's Condominium Association which was not even performing the duties required of management to warrant collecting the fees upon which the fore action was brought about

The defendant has caused the plaintiff

Page 6

an immense irreparable damages as a result of her wanton dis-regard to laws and must be made to stand trial of the alleged wrongs

The specific duties that are supposed to be performed by the defendant before an Execution Order could be issued, but the defendant abandoned it so that she could issue the Execution Order before the plaintiff had any chance to take any action that would thwart and torpedo the defendants' malicious and lawless acts with Attorney Melchionne to cause the plaintiff to lose his home and property without the due process of law, are specified

Page 7

on the Execution Order form. The plaintiff has marked the paragraph that specifies the specific duties required to be performed by the defendant before an Execution Order could be issued.

Respectfully Submitted.

Ben. Gyadu,

P.O. Box 4314,

Waterbury, CT 06704

# CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the State attorney general, attn: Attorney Daniel Schaefer, 55 Elm St., P.O. Box 120, Hartford, CT 06141-0120

Sincerely,

Ben. Gyadu,

P.O. Box 4314,

Waterbury, CT 06704

# APPENDIX

**SUPERIOR COURT**

NAME AND MAILING ADDRESS OF JUDGMENT CREDITOR OR ATTORNEY
(To be completed by plaintiff)

Ben. Gyadu
P.O. Box 4314
Waterbury, CT 06704

AUG 5 10 35 AM '98

OFFICE
SUPERIOR COURT
J.D.
WATERBURY

ITIFF OR PLAINTIFF'S ATTORNEY: Type or print. Complete original and 4 copies of the "Application." If judgment debtor is a natural person, attach copy of form JD-CV-5b. Present original and 3 copies to clerk of court. Enter name and address of person to receive issued execution in the box above.

K: Check the file to ensure that no stay of enforcement has been entered on the judgment, the time for filing an appeal of the judgment has expired, no appeal has been filed staying enforcement of the judgment and that the information provided on the application is correct. Sign original execution; original and copies to the applicant. Retain a copy for the file.

IFF: Make execution as directed in the "Execution" section on reverse side. Make return on signed original within four months from the date this execution issued. If judgment debtor is a natural person, attach exemption claim form (JD-CV-5b) to copy(ies) of execution served. Complete Section II on exemption claim form.

ON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS A NATURAL PERSON — Pursuant to Gen. Stat. 52-356a, you are required to mail to the judgment debtor indicated below at his last known address, postage prepaid, a copy of this property execution and the attached property execution exemption claim form. Complete Section III on exemption claim form before mailing it to judgment debtor. Twenty days from the date of the service of this property execution, you must deliver to the sheriff property owned by the judgment debtor in your possession or you must deliver to the sheriff payment of a debt owed by you to the judgment debtor. EXCEPT (1) If an exemption claim has been filed with the court you shall withhold delivery of the property or payment of the debt owed by you subject to the determination of the exemption claim by the court and (2) if the debt owed by you to the judgment debtor is not due at the expiration of the twenty days, you shall pay the amount to the sheriff when the debt becomes due if it becomes due within four months after the date of issuance of this execution.

ON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS NOT A NATURAL PERSON — Pursuant to Gen. Stat. 52-356a, you are required to deliver to the sheriff, property in your possession owned by the judgment debtor or pay to the sheriff the amount of a debt owed by you to the judgment debtor, provided, if the debt owed by you is not yet payable, payment shall be made to the sheriff when the debt becomes due if it becomes due within four months after the date of issuance of this execution.

**APPLICATION**

| SS OF COURT ☐ G.A. ☒ J.D. ☐ Housing Session | DATE OF JUDGMENT | DOCKET NO. |
|---|---|---|
| 0 Grand Street, Waterbury CT 06704 | March 26, 1998 | CV97-138-541 |

| ) OF JUDGMENT CREDITOR(S) MAKING APPLICATION | OF (Street and Town) |
|---|---|
| . Gyadu | P.O. Box 4314 Waterbury, CT 06702 |

| ) OF JUDGMENT DEBTOR(S) (Include any information necessary for identification) | OF (Street and Town) |
|---|---|
| Automotive Consulting, Inc. /a Discount Auto Sales | 37 Chase Avenue Waterbury, CT 06704 |

| UNT OF JUDGMENT (Including damages and, where applicable, prejudgment interest and attorney fees) | 2. AMOUNT OF COSTS IN OBTAINING JUDGMENT |
|---|---|
| .589.68 | Did Not Apply For. |
| **L JUDGMENT AND COSTS** (Add 1 and 2 above) | 4. TOTAL PAID ON ACCOUNT |
| ,589.68 | Nothing - $0.00 |
| **L UNPAID JUDGMENT** (Subtract 4 from 3 above) | 6. APPLICATION FOR PROPERTY EXECUTION (if not waived by the court) |
| ,589.68 | $10.00 |
| **L OF 5 AND 6 ABOVE** | IS THIS A CONSUMER JUDGMENT ("Consumer judgment" means a money judgment of less than $5,000 against a natural person resulting from a debt incurred primarily for personal, family or household purposes) |
| ,599.68 | ☐ YES ☒ NO |

IS A CONSUMER JUDGMENT HAS A STAY OF PROPERTY EXECUTIONS BEEN ENTERED PURSUANT TO AN INSTALMENT PAYMENT ORDER
ES ☐ NO

, STATEMENT OF JUDGMENT CREDITOR OR JUDGMENT CREDITOR'S ATTORNEY OF DEFAULT ON INSTALMENT PAYMENT ORDER

| (Plaintiff or attorney for plaintiff) | DATE SIGNED | ADDRESS OF PERSON SIGNING | TELEPHONE NO. |
|---|---|---|---|
|  | 5th Aug, 1998 | P.O. Box 4314, Waterbury, CT 06704 |  |

(over)

8-13-98 notice sent

**EXECUTION FOR EJECTMENT**
**MORTGAGE FORECLOSURE**
JD-CV-30 Rev. 2-2000
Gen. Stat. 49-22

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

**INSTRUCTIONS TO APPLICANT**
1. Prepare original and 3 copies, forward original and 2 copies of this form and any attachments to clerk.
2. After return of signed form from clerk, forward original and copy of form and any attachments to proper officer.

**INSTRUCTIONS TO CLERK**
1. Forward original and copy of this form and any attachments to applicant or attorney.
2. Retain copy of signed execution.

**INSTRUCTIONS TO SHERIFF**
1. Complete item 4 at bottom.
2. Make return within 60 days.

**NAME OF CASE**
Bella Vista Condo. Assoc. v. Benjamin Gyadu

**NAME AND MAILING ADDRESS OF APPLICANT OR ATTORNEY**
TO: Eugene S. Melchionne, Esq.
27 First Avenue
Waterbury, CT 06710

**DOCKET NUMBER**
CV-94-0120500-S

**DATE OF JUDGMENT**
08/06/01

**DATE LIS PENDENS RECORDED**
5/5/94

**ADDRESS OF JUDICIAL DISTRICT COURT LOCATION** (Number, street, town, and zip code)
300 Grand Street, Waterbury, 06702

**NAME(S) OF PERSON(S) ENTITLED TO POSSESSION**
Bella Vista Condo. Assoc., Inc.

**NAME(S) OF PERSON(S) IN POSSESSION**
Benjamin Gyadu

**ADDRESS OF PREMISES** (Give complete legal description of land on page 2)
318 Waterville Street Unit 1 Building V, Waterbury, CT

**To: Any Proper Officer**

By the authority of the State of Connecticut, you are commanded to cause the said person(s) entitled to possession to have the seizin and peaceable possession of the premises described herein, and to put and eject the said person(s) in possession, out of possession thereof, and to put the person(s) entitled to possession into the peaceable and quiet possession thereof, provided that no person shall be ejected who is not a party to the action except a transferee or lienor who is bound by the judgment by virtue of a lis pendens. If said person(s) in possession have not removed all their possessions and personal effects, then you may remove them onto the adjacent sidewalk, street or highway. Prior to removal, you must give the chief executive officer of the town 24 hours notice of the removal, stating the date, time, and address of the removal as well as a general description, if known, of the types and amount of property to be removed from the premises. Prior to giving notice to the chief executive officer you must use reasonable efforts to locate and notify the person(s) in possession of the date and time the removal is to take place and the possibility of a sale of their possessions pursuant to General Statute 49-22.

Make service and due return within 60 days from the date hereof.

**SIGNED** (Judge, Assistant Clerk)
X /s/ maura O'Connell

**DATE SIGNED**
11-2-01

### NOTICE TO PERSONS IN POSSESSION OF PREMISES SUBJECT TO EJECTMENT

**IMPORTANT:** If you are in possession of the premises and you were not named as a party to this foreclosure action, you are not subject to this execution unless you are a transferee or lienor who is bound by the judgment by virtue of a lis pendens.

1. The person(s) entitled to possession have been given the right to possession of these premises by a judgment of the Superior Court. This means that **YOU MUST MOVE** out of the premises described on page 2 of this form **BY THE DATE GIVEN AT RIGHT.**
2. If you do not move out by that date, this paper, which does not have to be handed to you personally, gives a proper officer the legal right to move out your possessions and personal effects and place them onto the street.
3. If your possessions and personal effects are placed on the street and you do not claim them from the chief executive officer of the town within 15 days, then they may be sold by the town pursuant to General Statute § 49-22.
4. If you do not move your possessions and personal effects by: (To be completed by sheriff)

| DATE: | TIME:(A.M./P.M.) |
|---|---|
| | |

I will return to move your possessions and personal effects onto the street.

(Page 1 of 2)

11-2-01 notice sent m[?]