02CV1271 mtn

The U.S. District Court,

450 Main Street,

Hartford, CT 06103

Date: 18th June, 2004

BEN GYADU Vs MAURA O'CONNELL

Doc #: 3:02-CV-01271 (AWT)

## MOTION TO SUPPLEMENT THE RECORD

The plaintiff moves to supplement the record with (i) a copy of the defendant's previous Execution Order which took the defendant 5 consecutive days — 5th Aug., 1998 that the plaintiff applied for it, to the 13th Aug., 1998 that the defendant sent the notice — to issue