**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------x
                             :
BEN GYADU,                   :
                             :
     Plaintiff,              :
                             :
v.                           :        Civil No. 3:02CV01271(AWT)
                             :
MAURA O'CONNELL,             :
                             :
     Defendant.              :
                             :
-----------------------------x
```

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge __Donna F. Martinez__ for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____ A ruling on the following motion(s), which is/are currently pending:_____ (orefm.)

_____ A settlement conference (orefmisc./cnf)

_X_ Other: for a status conference and for entry of a scheduling order allowing for no further extensions of time (orefmisc./misc)

It is so ordered.

Dated this 12th day of November, 2004, at Hartford, Connecticut.

/s/

_____        _____
                                          Alvin W. Thompson
                                          United States District Judge