UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEN GYADU | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV01271 (AWT) |
| | : | |
| v. | : | |
| | : | |
| MAURA O'CONNELL | : | |
| *Defendant* | : | November 17, 2004 |

**APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Robert J. Deichert, Assistant Attorney General, in the above-captioned case on behalf of Defendant Maura O'Connell.

DEFENDANT
MAURA O'CONNELL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert J. Deichert
Robert J. Deichert
Assistant Attorney General
Federal Bar Number CT24956
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5020
Fax: (860) 808-5347
Robert.Deichert@po.state.ct.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, this 17th day of November, 2004 to:

Ben Gyadu
PO Box 4314
Waterbury, CT 06704

Daniel Schaefer
Assistant Attorney General
55 Elm Street
Hartford, CT 06141-0120

                                                 Robert J. Deichert
                                                 Assistant Attorney General