FILED
2005 JAN -7 P 4:02
U.S. DISTRICT COURT
HARTFORD, CT.

The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 5TH JAN., 2005

Doc. #: 3:02 - CV - 01271 (AWT)
BEN. GYASU Vs MAURA O'CONNELL

REQUEST FOR AN ORDER TO HOLD THE STATUS CONFERENCE BY A MEETING INSTEAD OF TELEPHONIC STATUS CONFERENCE

The plaintiff does not understand what a status conference is and what would be expected of him but was hoping that he would have some understanding at a meeting between the parties

Page 2

before the Court

The telephonic Status Conference scheduled for Monday, the 10th Jan., 2005 at 3:30 p.m. therefore puts the pro se plaintiff at a very high dis-advantage.

Consequently the plaintiff finds it imperative to request that the telephonic Status Conference be changed to a Status Conference that is held by a meeting between the parties before the Court

The plaintiff has suffered an incomprehensible Irreparable damages

Page 3

as a result of the alleged wrongful actions of the defendant and therefore would not want to lose the action upon any legal technicalities which could have been avoided

    Plaintiff hopes this request would receive a favourable consideration.

    Respectfully Submitted

    BEN. GYASY

    P.O. BOX 4314

    Waterbury, CT 06704