UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEN GYADU : | CIVIL NO. 3:02-CV-01271 (AWT) |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| MAURA O'CONNELL : | |
| *Defendant* : | FEBRUARY 24, 2005 |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the defendant, Maura O'Connell, hereby moves for summary judgment in her favor because she is entitled to judgment as a matter of law based upon the material facts not in dispute. Moreover, she is entitled to both absolute and qualified immunity and the plaintiff's claims are barred by the Rooker-Feldman doctrine and res judicata.

DEFENDANT

MAURA O'CONNELL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert J. Deichert
Assistant Attorney General
Federal Bar No. ct24956
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Robert.Deichert@po.state.ct.us

1

2

**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing Defendant's Motion for Summary Judgment was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure by first-class mail, postage prepaid, on this 24th day of February, 2005 to:

Ben Gyadu
P.O. Box 4314
Waterbury, CT 06704

_____
Robert J. Deichert
Assistant Attorney General