UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MASTER-HALCO, INC. | : | CIVIL ACTION |
| | : | NO. 3:04CV131 (RNC) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| MICHAEL C. PICARD, ET AL. | : | |
| | : | |
| Defendants. | : | FEBRUARY 23, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the undersigned defendants have manually filed the following document or thing:

Exhibits 1 through 7.

These exhibits have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes

The document or thing has been manually served on all parties.

**THE PLAINTIFF**
MASTER-HALCO, INC.

By _____
Jude Francois
Fed. Bar # 25620
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 522-6103
Fax: (860) 548-0006
Email: francois@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 23rd day of February, 2005, I hereby mailed a copy of the foregoing to:

Jeffrey R. Hellman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

David A. Slossberg, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
Milford, CT 06460

Kenneth Rosenthal, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Ave., Box 1746
New Haven, CT 06507

Joseph W. McQuade, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

Frank Sacramone, Jr.
Law Offices of Frank Sacramone, Jr., LLC
The DeMatteo Building
2911 Dixwell Ave, Suite 202
Hamden, CT 06518

                                          Jude Francois

656006

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105