UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEN GYADU | : | CIVIL ACTION NO. 3:02-CV-01271(AWT) |
| | : | |
| v. | : | |
| | : | |
| MAURA O'CONNELL | : | FEBRUARY 24, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant, Maura O'Connell, has manually filed Exhibits 1 and 2 to her Local Rule 56(a)(1) Statement and Exhibits A through D attached to Exhibit 1.

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

                                                  DEFENDANT
                                                  MAURA O'CONNELL

                                                  RICHARD BLUMENTHAL
                                                  ATTORNEY GENERAL

                                                  BY:_____
                                                  Robert J. Deichert   ct24956
                                                  Assistant Attorney General
                                                  55 Elm Street, P.O. Box 120
                                                  Hartford, CT  06141-0120
                                                  Tel: (860) 808-5020
                                                  Fax: (860) 808-5347
                                                  robert.deichert@po.state.ct.us
                                                  Her Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of February, 2005 to:

Ben Gyadu
PO Box 4314
Waterbury, CT 06704

_____
Robert J. Deichert
Assistant Attorney General