The U.S. District Court,

450 Main Street,

Hartford, CT 06103

Date: 7th Febr., 2005

Doc. #: 3:02-CV-01271 (AWT)
BEN. GYASU VS MAURA O'CONNEL

MOTION FOR EXTENSION OF TIME

The plaintiff requests about sixty (60) days Extension of Time to enable the plaintiff to apply for an appointment of Counsel to file an Objection to the defendant's Motion For Summary Judgement

After filing an affirmative

Page 2

defense as an answer to the Complaint and upon that the Court returned the plaintiff's Objection to the BAD-FAITH defense declaring that the defendant had filed an affirmative defense and therefore the plaintiff, in effect, does not have a legal right to dispute any of the DISHONEST claims made, to warrant the filing of the Objection, the same defendant now turns around to file a Motion for Summary Judgement

The defendant has been allowed to file this Motion for Summary Judgement which is nothing but yet another BAD FAITH defense,

Page 3

another fraudulent maneuvre for a defense, intended to MIS-LEAD and PREJUDICE the court, as in the previous case, to achieve the desired outcome at the expense of the plaintiff.

For the fact that this Motion for Summary Judgement builds up the BAD-FAITH defense after the plaintiff was not allowed to present his objection to the BAD-FAITH answer to the Complaint but allowed to file any dispute he might have against the Motion for Summary Judgement, the plaintiff finds it very CRITICAL to have

Page 4

an effective, good defense against the Motion for Summary Judgement else he is doomed

The plaintiff therefore finds it imperative to have an attorney who would assist him in presenting a good and effective defense against the Motion for Summary Judgement

Consequently the plaintiff needs about sixty (60) days Extension of Time to apply for an appointment after his efforts to get counsel have been unsuccessful

The plaintiff should therefore be

Page 5

grateful if this motion is granted.

Respectfully Submitted

BEN. SYAJU

P.O. BOX 4314

Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the fore-going was mailed to Counsel, the State attorney general, 55 Elm Street, Hartford, CT 06106, Attn: Attorney Daniel Schaefer.

Thank you.

Sincerely,

BEN. SHANU

P.O. BOX 4314

Waterbury, CT 06704