FILED

The U.S. District Court

450 Main Street

Hartford, CT 06103

Date: 7th March, 2005

Doc.#: 3:02-CV-01271 (AWT)
BEN. GYASU Vs MAURA O'CONNELL

## MOTION TO STRIKE

Plaintiff moves to STRIKE the Motion for Summary Judgement as legally insufficient based upon the ff:

A. The defendant filed an affirmative defense as an answer to the complaint, requiring a third party such as the jury for a redress of the case against the defendant

Page 3

which deprived the plaintiff a right to dispute the fraudulent claims presented to MIS-LEAD and PRE-JUDICE the Court to achieve the desired outcome, the same defendant turns around to file a Motion for Summary Judgement to attempt to obtain justice in her favour without any trial when, in fact, the affirmative defense presented calls for a trial of the action

The defendant is attempting to "eat her cake and have it too"

The plaintiff prays the Court would not allow these kinds of BAD-FAITH

Page 2

The plaintiff attempted to file an objection to the fraudulent answer presented for a defense to MIS-LEAD and PREJUDICE the Court to achieve the desired outcome at the expense of the plaintiff

The Court, however, returned the papers and declared that the defendant had filed an affirmative defense and therefore the plaintiff, in effect, did not have a legal right to file an objection to the answer in dispute to the fraudulent claims made.

After filing that kind of defense

Page 4

defense to continue and in the process deprive the plaintiff of justice due him by fraud.

B. The defendant does not have any dispute over the alleged wrongs levelled against her and therefore for the defendant to turn around to move for Summary Judgement to attempt to avoid any trial of the action, the defendant is attempting to obtain justice by fraud; the defendant's CONSPIRACY with the attorney of Bella Vista Condos. made it

Page 5

possible for the defendant to issue the Ejection Order in less than 24 hours of filing the Memorandum of Decision at the Clerks' Office and in less than eleven (11) minutes of filing the application for the Ejection Order, in the defendants ambition to have the Ejection Order issued and thereby confer an absolute title of the plaintiff's home and property to Bella Vista Condos <u>before</u> the plaintiff had any chance of receiving the notice of the Memorandum of Decision so that any pleading the plaintiff would attempt to file to retain the title of his home upon receiving

Page 6

the notice of the Memorandum Of decision, would be FUTILE

The plaintiff's Memorandum in support of the Motion To Strike is attached herewith.

Respectfully Submitted

Ben. Gyadu

P.O. Box 4314

Waterbury, CT 06704

MEMORANDUM