FILED
2005 MAR 24 P 4: 28
DISTRICT COURT
HARTFORD CT

The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 22nd March, 2005

Doc.#: 3:02-CV-01271(AWT)
BEN. GYADU Vs MAURA O'CONNELL

PLAINTIFF'S RESPONSE TO OBJECTION TO MOTION FOR EXTENSION OF TIME

The plaintiff finds it IMPERATIVE to file a response to Counsel's Objection to plaintiff's Motion For Extension Of Time because Counsel has, again, put forth yet another BAD-FAITH defense intended to MIS-LEAD and PRE-JUDICE

Page 2

the Court to achieve the desired outcome at the expense of the plaintiff, in violation of the rules of GOOD-FAITH pleading.

Counsel states that "the district court issued an order referring this case to Magistrate Judge Martinez for entry of a scheduling order allowing for no further extensions of time" and therefore the plaintiff does not have any right to ask for an extension of time

During the referenced telephonic status conference, however, the

Page 3

very Counsel asked for over fourty (40) days Extension Of Time to file the Motion For Summary Judgement which the Court granted and therefore allowed the time asked for.

Counsel cannot therefore, in good-faith, Object to plaintiff's Motion For Extension Of Time which is intended to get Counsel to assist the plaintiff; at least not when during the telephonic Status Conference the U.S. Magistrate <u>made it clear</u> that the plaintiff could ask for more time to respond to the Motion for Summary Judgement after it was

Page 4

filed and there exist a need to ask for time extension

What is good for the goose is good for the gender.

Respectfully Submitted

BEN. GYASU (B.Sc.)

P.O. BOX 4314

Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the foregoing was mailed to State Attorney general, attention Attorney Daniel Schaeffer, 55 Elm Street, Hartford, CT 06106.

Sincerely,

BEN. GYAAM (Sgt.),
P.O. BOX 4314,
Waterbury, CT 06704.