UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEN GYADU : | CIVIL NO. 3:02-CV-01271 (AWT) |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| MAURA O'CONNELL : | |
| *Defendant* : | MARCH 28, 2005 |

**LOCAL RULE 56(A)(2) STATEMENT**

Pursuant to Local Rule 56(a)(2), the Defendant submits the following statement:

**Response to Moving Party's Statement of Undisputed Facts**

Because the moving party has failed to submit a Local Rule 56(a)(1) statement, the Defendant is unable to admit or deny any facts contained therein.

**Disputed Issues of Material Fact**

Because the moving party has not identified any material facts in connection with this motion for summary judgment or responded to the Defendant's Local Rule 56(a)(1) statement submitted in support of her Motion for Summary Judgment, the Defendant's position is that there are no disputed issues of material fact and the facts should be taken as set forth in her Local Rule 56(a)(1) statement, incorporated herein by reference.

DEFENDANT

MAURA O'CONNELL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert J. Deichert
Assistant Attorney General
Federal Bar No. ct24956
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Robert.Deichert@po.state.ct.us

**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing Local Rule 56(a)(2) Statement was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure by first-class mail, postage prepaid, on this 28th day of March, 2005 to:

Ben Gyadu
P.O. Box 4314
Waterbury, CT 06704

_____
Robert J. Deichert
Assistant Attorney General

2