UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

'05 APR 11 P 6: 14

DISTRICT COURT
HARTFORD CT

------------------------------x
BEN GYADU,

    Plaintiff,

v.                                    Civil No. 3:02CV01271(AWT)

MAURA O'CONNELL,

    Defendant.
------------------------------x

### ENDORSEMENT ORDER

The plaintiff's Motion for Summary Judgment (Doc. No. 62) is hereby DENIED for substantially the same reasons set forth in the defendant's opposition. See Doc. No. 68.

The plaintiff's Motion to Strike (Doc. No. 63) is hereby DENIED for substantially the same reasons set forth in the defendant's opposition. See Doc. No. 69.

It is so ordered.

Dated this 11th day of April, 2005, at Hartford, Connecticut.

                                          Alvin W. Thompson
                                United States District Judge