UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
BEN GYADU,                     :
                               :
     Plaintiff,                :
                               :
v.                             :   Civil No. 3:02CV01271(AWT)
                               :
MAURA O'CONNELL,               :
                               :
     Defendant.                :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

    The plaintiff's Motion for Extension of Time (Doc. No. 61) is hereby DENIED.  The plaintiff fails to set forth good cause for an extension of time in which to file his opposition to the defendant's motion for summary judgment.  In deference to the plaintiff's pro se status, the court is sua sponte going to give him until May 2, 2005 to file his opposition, after which date he will be precluded from filing one.  The court notes that instead of filing an opposition to the defendant's motion for summary judgment, the plaintiff filed his own, untimely, motion for summary judgment and also filed a motion to strike the defendant's motion.  This court also notes that, after consideration of the facts and circumstances in this case in light of the factors set forth in Hodge v. Police Officers, 802

F.2d 58 (2d Cir. 1986) and <u>Cooper v. Sargenti</u>, 877 F.2d 170 (2d Cir. 1989), the court has concluded that it will not grant a motion for appointment of counsel, if the plaintiff files one.

    It is so ordered.

    Dated this 11th day of April, 2005, at Hartford, Connecticut.

                                    /s/
                    _____
                        Alvin W. Thompson
                    United States District Judge