The U.S. District Court,
450 Main Street
Hartford, CT 06103
Date: 28th Apr., 2005

Doc.#: 3:02-CV-01271 (AWT)
BEN. GYAOU Vs MAURA O'CONNELL

MOTION FOR CLARIFICATION

    In denying the plaintiff's Motion To Strike, the Court states that the motion was untimely.

    In light of the fact that Civil Rule 56.10 states that:
    Although Defendants may move for Summary Judgement at any time, plaintiff may not move for Summary Judgement

Page 2

until 20 days after action begins or until served with Defendants Summary Judgement Motion."

The plaintiff filed his Motion for Summary Judgement only after he was served with defendants Summary Judgement Motion."

The plaintiff was therefore shocked and confused about the court's action

Plaintiff should therefore be grateful if the Court clarifies its order; a copy of Rule 56 is enclosed.

Respectfully submitted
BEN. GYASU,
P.O. BOX 4314,
Waterbury, CT 06704

Certification

This is to certify that a copy of the fore-going was mailed to the State attorney general, attn: Attorney Schaeffer, 55 Elm Street, Hartford, CT 06106

Sincerely,

BEN- SYAGU,

P.O. BOX 4314,

Waterbury, CT 06704

MOORE'S FEDERAL PRACTICE                            56–4

20 Days After Action Begins or Until Served With Defendant's Summary Judgment Motion

[2] Summary Judgment Motions Should Be Served at Least 10 Days Before Date Fixed for Hearing

    [a] Written Summary Judgment Motions Require at Least 10 Days Notice, But Some District Courts Require More Notice

    [b] Court May Enter Summary Judgment Sua Sponte, But Must Provide Adequate Notice to Parties

    [c] Court May Reconsider Denial of Summary Judgment, But Must Provide Adequate Notice to Parties

[3] Papers Opposing Summary Judgment Must Be Filed Before Hearing, as Provided by Rule 56 and Modified by Local Rules

    [a] Local Rules May Provide Different Rules for Filing

    [b] Opposing Papers Are Useful, But Not Required

    [c] Courts Usually Require All Parties to Appear Before Summary Judgment Will Be Granted

[4] Summary Judgment Motions Ordinarily Must Be Made in Writing and Ordinarily Are Accompanied by Motion Materials, Including Notice of Motion, Motion, Form Order, Affidavits or Other Supporting Papers, and Memorandum of Law Supporting Motion

    [a] Summary Judgment Motions Ordinarily Must Be Made in Writing, But Sua Sponte and Oral Motions Are Occasional Exceptions

        [i] Court May Make Sua Sponte Summary Judgment Motions if Court Provides Parties With Adequate Notice and Opportunity to Respond

        [ii] Oral Summary Judgment Motions Are Disfavored, But Occasionally Allowed

        [iii] Summary Judgment Is Occasionally Available Despite Lack of Separate Formal Motion

    [b] Movant Should Submit Package of Moving Papers That Provide Notice of Motion, Inform of Nature of Claim, and Demonstrate Legal and Factual Entitlement to Summary Judgment

    [c] Affidavits or Other Supporting Materials Ordinarily Are Necessary to Demonstrate Entitlement to Summary Judgment

(Matthew Bender & Co., Inc.)                    (Rel.116–12/97  Pub.410)

MOORE'S FEDERAL PRACTICE                                     56–4

        20 Days After Action Begins or Until Served With Defendant's Summary Judgment Motion

  [2]  Summary Judgment Motions Should Be Served at Least 10 Days Before Date Fixed for Hearing

      [a]  Written Summary Judgment Motions Require at Least 10 Days Notice, But Some District Courts Require More Notice

      [b]  Court May Enter Summary Judgment Sua Sponte, But Must Provide Adequate Notice to Parties

      [c]  Court May Reconsider Denial of Summary Judgment, But Must Provide Adequate Notice to Parties

  [3]  Papers Opposing Summary Judgment Must Be Filed Before Hearing, as Provided by Rule 56 and Modified by Local Rules

      [a]  Local Rules May Provide Different Rules for Filing

      [b]  Opposing Papers Are Useful, But Not Required

      [c]  Courts Usually Require All Parties to Appear Before Summary Judgment Will Be Granted

  [4]  Summary Judgment Motions Ordinarily Must Be Made in Writing and Ordinarily Are Accompanied by Motion Materials, Including Notice of Motion, Motion, Form Order, Affidavits or Other Supporting Papers, and Memorandum of Law Supporting Motion

      [a]  Summary Judgment Motions Ordinarily Must Be Made in Writing, But Sua Sponte and Oral Motions Are Occasional Exceptions

          [i]  Court May Make Sua Sponte Summary Judgment Motions if Court Provides Parties With Adequate Notice and Opportunity to Respond

          [ii]  Oral Summary Judgment Motions Are Disfavored, But Occasionally Allowed

          [iii]  Summary Judgment Is Occasionally Available Despite Lack of Separate Formal Motion

      [b]  Movant Should Submit Package of Moving Papers That Provide Notice of Motion, Inform of Nature of Claim, and Demonstrate Legal and Factual Entitlement to Summary Judgment

      [c]  Affidavits or Other Supporting Materials Ordinarily Are Necessary to Demonstrate Entitlement to Summary Judgment

(Matthew Bender & Co., Inc.)        (Rel.116–12/97 Pub.410)