The U.S. District Court,
450 Main Street,
Hartford, CT 06103
Date: 28TH APR., 2005

Doc. #: 3:02-CV-01271 (AWT)
BEN GYASU Vs MAURA O'CONNELL

## MOTION FOR A STAY

Pending a decision on plaintiff's Motion For Re-Consideration, the plaintiff moves for a Stay of proceedings on the defendant's Motion For Summary Judgement

In that way the plaintiff would not have to file the Objection To Motion For Summary Judgement by the 2nd May,'05,

Page 2

by himself, without Counsel, and in so doing expose the action to a dismissal while the Court is yet to make a decision on the Motion For Review/Re-Consideration whose favourable consideration would give the plaintiff a chance to have Counsel and prevent any dismissal which otherwise would have occured.

It has become abundantly clear to plaintiff that without Counsel he does not have a case and the action would eventually be dismissed, without trial, as in all the previous cases to keep the status quo while making the Indigent, pro se plaintiff who therefore needs the Courts

Page 3

critically appear a nuisance more and more before the Courts to cause him resultant problems of MANIFEST Injustices and sanctions whose effect has left the pro se, Indigent plaintiff without any protection under the laws

The court has gratefully provided the plaintiff with the guideline for filing the Objection To Motion For Summary Judgement but since this needs legal expertise, the filing of the Objection by plaintiff, without counsel, still exposes the action to a dismissal, without a trial, as in all the previous cases to keep the status quo.

The plaintiff therefore found it

Page 4

IMPERATIVE and CRITICAL to file this Motion for A Stay pending a decision on the Motion for Review/Re-Consideration.

For the Court to deny the Motion for Extension of Time to apply for an appointment of Counsel on the grounds that the action does not rise to a level that warrants appointment of Counsel without even allowing the plaintiff to file the application for appointment of Counsel, the Court has made a decision upon only one factor out of a host of factors that are supposed to be considered for an appointment of Counsel.

The plaintiff is therefore

requesting in the pending Motion for Review that he be allowed a chance to file the application, at least, so that the court would consider all the factors that are supposed to be evaluated before the Court makes the decision.

This is not to mention the fact that while the Court is basically stating that the action is frivolous and does not therefore warrant appointment of Counsel, the action was initially dismissed as frivolous and was re-instated only after the plaintiff amended the Complaint. Plaintiff is aggresively looking for Counsel.

## CONCLUSION

Based upon the

Page 6

plaintiff prays this motion would receive a favourable consideration.

Respectfully Submitted,
BEN. SYASU (初学:)
P.O. BOX 4314,
Waterbury, CT 06704

going was mailed to the State Attorney