The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 30th Apr., 2005

Doc.#: 3:02-CV-01272 (AWT)

BEN. GYAOU Vs MAURA O' CONNELL

REQUEST TO CORRECT A MISTAKE IN PARAGRAPH 1 OF MOTION FOR CLARIFICATION DATED 28th Apr., 2005

Paragraph one (1) of the plaintiff's Motion for Clarification states: " In denying the plaintiff's Motion To Strike, the Court states that the motion was untimely."

This should have been the ff: In denying the plaintiff's "Motion for Summary Judgement" but not Motion To Strike

The plaintiff

Page 2

apologizes for an resultant problems and inconveniences

Respectfully Submitted

BEN. GYASU

P. O. BOX 4314

WATERBURY, CT 06704

CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the State Attorney General, attn: Attny. Schaeffer, 55 Elm Str., Hartford, CT 06106

Sincerely,

Ben. Gyasu

P.O. BOX 4314
Waterbury, CT 06704