02CV1271mtN

The U.S. District Court,

FILED
2005 APR 29 P 3:19
U.S. DISTRICT COURT
HARTFORD, CT.

450 Main Street,

Hartford, CT 06103

Date: 28TH APR, 2005

DENIED.
R. Thompson
Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/5/05

Doc # : 3:02-CV-01271 (AWT)

BEN GYABU VS MAURA O'CONNELL

## MOTION FOR A STAY

Pending a decision on plaintiff's Motion
For Re-consideration, the plaintiff
moves for a stay of proceedings on the
defendants Motion For Summary Judgement

In that way the plaintiff
would not have to file the Objection To
Motion For Summary Judgement by the 2nd May '05