Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/6/05

DENIED, as moot.
It is so ordered.

FILED
2005 MAY -5 A 11:05
DISTRICT COURT
HARTFORD, CT

The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 30th Apr., 2005

Doc. #: 3:02-CV-01271 (AWT)

BEN. GYASU Vs MAURA O'CONNELL

REQUEST TO CORRECT A MISTAKE IN PARAGRAPH 1 OF MOTION FOR CLARIFICATION DATED 28th Apr., 2005

Paragraph one (1) of the plaintiff's Motion for Clarification states: "In denying the plaintiff's Motion To Strike, the Court states that the motion was untimely."

This should have been the ff:
"In denying the plaintiff's "Motion for Summary Judgement" but not Motion To Strike

The plaintiff