**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
BEN GYADU,                     :
                               :
    Plaintiff,                 :
                               :
v.                             :   Civil No. 3:02CV01271(AWT)
                               :
MAURA O'CONNELL,               :
                               :
    Defendant.                 :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

The plaintiff's Motion for Review/Re-consideration (Doc. No. 74) is hereby DENIED. The plaintiff has not set forth any "controlling decisions or data that the court overlooked" that "might reasonably be expected to alter the conclusion reached by the court." Schrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995).

The plaintiff's Motion for Clarification (Doc. No. 75) is hereby DENIED. The court did not state that the plaintiff's Motion to Strike was untimely; rather, that motion was denied for the reasons set forth in the defendant's opposition. Also, the court notes that the defendant's argument with respect to a motion being untimely was made with respect to the plaintiff's Motion for Summary Judgment and not in connection with the plaintiff's Motion to Strike, and that untimeliness was not the only reason plaintiff's Motion for Summary Judgment was denied. The court suggests that the pro se plaintiff re-read the defendant's opposition (Doc. No. 69) to the plaintiff's Motion to

Strike.

It is so ordered.

Dated this 5th day of May, 2005, at Hartford, Connecticut.

/s/AWT
_____
Alvin W. Thompson
United States District Judge