**FILED**
2005 MAY 24 P 5:07
US DISTRICT COURT
HARTFORD CT

The U.S. District Court,
450 Main Street,
Hartford, CT 06103
Date: 19th May, 2005

Doc. #: 3:02-CV-01271 (AWT)
BEN. GYAU vs MAURA O'CONNELL

MOTION FOR MORE DEFINITE STATEMENT

The sworn affidavit of the defendant entitled; "Affidavit Of Maura L. O'Connell, Assistant Clerk, State Superior Court" in support of her Motion for Summary Judgement is VAGUE, AMBIGUOUS, DECEPTIVE and MIS-LEADING and so the defendant must present a more definite statement.

Please, see, e.g.,

Page 2

paragraph 10 at page 6 through para. 11 at Moreover, sometimes documents provided the Clerk's office may inadvertently not be file stamped" page 8

In an effort to cover-up the alleged wrong in which the defendant ABANDONED her specified duties so that she could issue the Ejection Order before the plaintiff had any chance of receiving the notice of the Memorandum of decision without which she could NEVER have issued the Ejection Order, the defendant is attempting to make it seem as if a filing date stamp on a document, as the one on the Ejection Order form, does not indicate or represent the date and time the document

Page 3

was filed.

The defendant must present a more definite statement of the sworn affidavit than a VAGUE, AMBIGUOUS, DECEPTIVE one, as referenced.

Respectfully Submitted
BEN- GYASU,
P. O. BOX 4314,
Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the State Attorney general, attention Attorney Daniel Schaeffer, 55 Elm Street, Hartford, CT 06106

Sincerely,

BEN. GYASU,

P.O. BOX 4314,

Waterbury, CT 06704