02CV1271/mtN
SQP

1
107

**FILED** The U.S. District Court,

2005 MAR 24 P 4:23

450 Main Street,

U.S. DISTRICT COURT
HARTFORD CT

Hartford, CT 06106

DENIED. Reposted.

2005 JUN 14 P 4:03

US DISTRICT COURT
HARTFORD, CT.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 6/13/05

Date: 22nd March, 2005

Doc.#: 3:02-CV-01271(AWT)

BEN. GYASU Vs MAURA O'CONNELL

**MOTION TO SUPPLEMENT PLAINTIFF'S MOTION TO STRIKE**

Plaintiff moves to supplement the Motion To Strike with a copy of the definition of Affirmative Defense as put forth by the most current Black's Law Dictionary to prove that after filing the Affirmative Defense, the defendant DOES NOT