02CV127/mtNde

**FILED**
2005 MAY 24 P 5:07
US DISTRICT COURT
HARTFORD CT

DENIED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
6/13/05

The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 19th May, 2005

Doc. #: 3:02-CV-01271 (AWT)

BEN. GYAMI Vs MAURA O'CONNELL

## MOTION FOR MORE DEFINITE STATEMENT

The sworn affidavit of the defendant entitled; "Affidavit Of Maura L. O'Connell, Assistant Clerk, State Superior Court" in support of her Motion for Summary Judgement is VAGUE, AMBIGUOUS, DECEPTIVE and MIS-LEADING and so the defendant must present a more definite statement.

Please, see, e.g