FILED
2005 JUL -5 A 8:35

The U.S. District Court
450 Main Street
Hartford, CT 06103
Date ; 23rd June, 2005

Doc. #: 3:02-CV-01271(AWT)
BEN. GYASU Vs MAURA O'CONNELL

REF:    NOTE TO COURT

As a result of the Courts recent orders dated the 13th June, '05 but whose notice was put in the mail on the 16th instant and received on Monday the 20th instant, the plaintiff is compelled to file the attached objection to Motion for Summary Judgement himself. However, because the plaintiff

Page 2

finds it utmost critical to have counsel in order to avoid repeating yet another cycle of dismissal of his action without trial after being wronged beyond comprehension, the plaintiff has been looking for counsel deligently even though responses have not been encouraging especially when the plaintiff receives a response which declines representation because the defendant is a clerk they work with daily

Because the plaintiff is still searching for counsel, the plaintiff finds it necessary to request that if for any reason he gets counsel in the next few days and

Page. 3

the potential counsel wants to amend the Objection he or she be allowed the amendment which might be needed; a copy of the mailing date stamp enclosed.

Respectfully Submitted.

Ben. Gyadu (B.A.G.:)

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
450 MAIN STREET
HARTFORD, CT 06103

OFFICIAL BUSINESS

Ben Gyadu
P.O. Box 4314
Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the State Attorney General, attn: Atty. Daniel Schaeffer, 55 Elm Street, Hartford, CT 06106

Sincerely,
Ben. Gyedu,
P.O. Box 4314
Waterbury, CT 06704