The U.S. District Court,
450 Main St.,
Hartford, CT 06103

Date: 7th July, 2005

Doc. #: 3:02-CV-01271 (AWT)

BEN. GYASU Vs MAURA O'CONNELL

REQUEST FOR ORAL ARGUMENT

Plaintiff requests an Oral Argument in the defendants Motion for Summary Judgement so that the Court would have a better understanding of the issues involved.

Thank you.

Respectfully Submitted

BEN. GYASU
P.O. BOX 4314, Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the State attorney general, attn: Attny. Daniel Schaeffer, 55 Elm Str., Hartford, CT 06106

Sincerely,

BEN. GYASU,

P.O. BOX H314,

WATERBURY, CT 06704