# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------x
BEN GYADU,                    :
                             :
      Plaintiffs,            :
                             :
v.                           :    Civil No. 3:02CV01271(AWT)
                             :
MAURA O'CONNELL,             :
                             :
      Defendant.             :
------------------------------x
```

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge  Donna F. Martinez  for the following purposes:

 X   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____A ruling on the following motion(s), which is/are currently pending:_____ (orefm.)

_____A settlement conference (orefmisc./cnf)

_____Other:_____(orefmisc./misc)

It is so ordered.

Dated this 7th day of September, 2005, at Hartford, Connecticut.

/s/AWT

_____

Alvin W. Thompson
United States District Judge