The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 4th Nov., 2005

Doc.#: 3:02-CV-01271 (AWT)

BEN. GYASU vs MAURA O'CONNELL

REQUEST TO FILE REFERENCED SECTION 4-3 OF CT PRACTICE BOOK IN SUPPORT OF RESPONSE TO OPPOSITION TO JOIN OBVIOUS PARTY DEFENDANTS

At page 8 of the plaintiff's response to Counsel's opposition to plaintiff's motion to join obvious defendants that were omitted the plaintiff stated that he enclosed "a copy of the referenced section of the CT Practice Book."

In going over the

filing, however, it appeared that the plaintiff forgot to enclose a copy of the referenced section of the CT Practice Book.

Consequently, the plaintiff requests leave to enclose a copy of the referenced section 4-3 of the CT Practice Book.

Plaintiff apologizes for any resultant problems or inconveniences.

Respectfully Submitted.
BEN. GYATSO (ಠ_ಠ)
P.O. BOX 4314
Waterbury, CT 06704.

56   *Civil Litigation in Connecticut*

           5. the officer's signature.

    Caution: It is extremely important that Plaintiffs review the Return of Service before filing the documents in court. Sheriffs and constables are human, just like everybody else. If there is an error in the Return itself, or in the way service was made, it's best to correct the error as soon as possible. Otherwise, the case may be subject to a Motion to Dismiss.

### H. Fees for Service

    Consult C.G.S. sec. 52-70, 52-261 and 52-261a for allowable fees and expenses officers may charge to make service. In addition, C.G.S. sec. 52-259b addresses obtaining a waiver of fees and costs for indigent clients.

## III. FILING A LAWSUIT IN COURT

### A. Deadline to File Lawsuits in Court: Six Days Before the Return Date

    Pursuant to C.G.S. sec. 52-46a, the original Summons, Complaint, Return of Service and **entry fee** must be filed in court, at least *six days* before the return date. This means the documents should be filed in the proper court no later than 4:59 p.m., on the Wednesday before the Tuesday return date. (See Appendix B and C and C.G.S. sec. 51-347 for JD court locations and C.G.S. sec. 51-350 for GA court locations.)

### B. The Clerk's Office

    According to Pbs 7SSS, the clerk's office in each courthouse is open to file documents from 9:00 a.m. to 5:00 p.m., Monday through Friday, except for legal holidays. If the clerk's office is not open on the last day a document must be filed, that document may be filed on the next day the clerk's office is open for business. See also C.G.S. sec. 51-59 and 51-347c.

    Note that many clerk's offices throughout the state are closed to the public from 1:00 p.m. until 2:30 p.m. and then again from 4:00 p.m. to 5:00 p.m. for most services other than filing documents.

    Pbs 7MM states that when a document is **filed** in court, the clerk will enter the time and date on the document. No document is officially filed without this endorsement, also called a court stamp.

### C. Filing Documents

    Anyone may file documents in court. Many law offices that have established relationships with sheriffs and constables have no difficulty entrusting those officers with this task. In that situation, the law firm will give the officer a check for the **entry fee** when he or she receives the Summons and Complaint to be served. Pursuant to a new bill, this fee is $185 for cases seeking more than $2,500 in damages. (This new bill amends the

# CHAPTER 4
# PLEADINGS

| Sec. | | Sec. | |
|---|---|---|---|
| 4-1. | Form of Pleading | 4-4. | Electronic Filing |
| 4-2. | Signing of Pleading | 4-5. | Notice Required for Ex Parte Temporary Injunctions |
| 4-3. | Filing and Endorsing Pleadings | 4-6. | Page Limitations for Briefs |

*For previous Histories and Commentaries see the editions of the Practice Book corresponding to the years of the previous amendments.*

## Sec. 4-1. Form of Pleading

(a) All papers shall be typed or printed on size 8-1/2" x 11" paper and shall have no back or cover sheet. Those subsequent to the complaint shall be headed with the title and number of the case, the name of the court, and the date and designation of the particular pleading, in conformity with the applicable form in the rules of practice which is set forth in the Appendix of Forms in this volume.

(b) At the bottom of the first page of each paper, a blank space of approximately two inches shall be reserved for notations of receipt or time of filing by the clerk and for statements by counsel pursuant to Section 11-18 (a) (2), and at the top of each page a blank space of two inches shall be reserved. Papers shall be punched with two holes two and twelve-sixteenths inches apart, each centered seven-sixteenths of an inch from the upper edge, one being two and fourteen-sixteenths inches from the left-hand edge and the other being the same distance from the right-hand edge, and each four-sixteenths of an inch in diameter.

(c) The clerk may require a party to correct any filed paper which is not in compliance with this section by substituting a paper in proper form.

(d) This section shall not apply to forms supplied by the judicial branch.

(P.B. 1978-1997, Sec. 118.) (Amended Aug. 24, 2001, to take effect Jan. 1, 2002.)

## Sec. 4-2. Signing of Pleading

(a) Every pleading and other paper of a party represented by an attorney shall be signed by at least one attorney of record in the attorney's individual name. A party who is not represented by an attorney shall sign his or her pleadings and other papers. The name of the attorney or party who signs such document shall be legibly typed or printed beneath the signature.

(b) The signing of any pleading, motion, objection or request shall constitute a certificate that the signer has read such document, that to the best of the signer's knowledge, information and belief there is good ground to support it, and that it is not interposed for delay. Each pleading and every other court-filed document signed by an attorney or party shall set forth the signer's telephone number and mailing address.

(P.B. 1978-1997, Sec. 119.)

## Sec. 4-3. Filing and Endorsing Pleadings

All pleadings, written motions, and papers in pending cases shall be filed with and kept by the clerk of the court, who shall endorse upon each the time when it is filed, and make a like entry upon the clerk's docket and the file.

(P.B. 1978-1997, Sec. 127.)

## Sec. 4-4. Electronic Filing

Papers may be filed, signed, or verified by electronic means that comply with procedures and technical standards established by the office of the chief court administrator. A paper filed by electronic means in compliance with such procedures and standards constitutes a written paper for the purpose of applying these rules.

(Adopted June 29, 1998, to take effect Jan. 1, 1999.)

## Sec. 4-5. Notice Required for Ex Parte Temporary Injunctions

(a) No temporary injunction shall be granted without notice to each opposing party unless the applicant certifies one of the following to the court in writing:

(1) facts showing that within a reasonable time prior to presenting the application the applicant gave notice to each opposing party of the time when and the place where the application would be presented and provided a copy of the application; or

(2) the applicant in good faith attempted but was unable to give notice to an opposing party or parties, specifying the efforts made to contact such party or parties; or

(3) facts establishing good cause why the applicant should not be required to give notice to each opposing party.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the State attorney general, attn: Attorney Daniel Schaeffer, 55 Elm Str. Hartford, CT 06106

Thank you.

Sincerely,

BEN. GYAJU

P. O. BOX 4314

Waterbury, CT 06704