```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

BEN GYADU,                     :
                               :
    Plaintiff,                 :
                               :
    v.                         :     CASE NO. 3:02CV1271 (AWT)
                               :
MAURA O'CONNELL,               :
                               :
    Defendants.                :

### ENDORSEMENT RULING

    Plaintiff's Request to File Referenced Section 4-3 of the Connecticut Practice Book in Support of Response to Opposition to Join Party Defendants (doc. #105) is DENIED. Because this lawsuit is pending in federal court, it is governed by the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the District of Connecticut. The Connecticut Practice Book governs state court procedure and is inapplicable in this case.

    SO ORDERED at Hartford, Connecticut this 21st day of November, 2005.

                                         _____/s/_____
                                          Donna F. Martinez
                                          United States Magistrate Judge