The U.S. District Court,
450 Main Street
Hartford, CT 06103
Date: 30th Nov., 2005

Doc. #: 3:02-CV-01271 (AWT)
BEN. GYADU Vs MAURA O'CONNELL.

MOTION FOR A REVIEW

Plaintiff moves for an urgent review of the Order dated the 21st Nov., 2005 so that the Court would have the plaintiff's response to the defendant's reference of the Motion For Summary Judgement in support of her Objection to the plaintiff's Motion To Join Private Individuals as defendants.

In justifying her Objection to plaintiff's Motion To Join Private Individuals as defendants, the defendant made reference of her Motion For Summary

Page 2

Judgement

However, this Motion for Summary Judgement is supported by a BAD-FAITH sworn affidavit, making the Motion for Summary Judgement a FRAUDULENT defense which must be DENIED forthwith and the defendant sanctioned for swearing an oath to cover-up DISHONEST and MALICIOUS acts to attempt to MIS-LEAD and PREJUDICE the Court to achieve the desired outcome and DEFRAUD the plaintiff of justice due him

In order to conceal the fact that she issued the Ejectment Order within eleven (11) minutes by ABANDONING her specified duties without which the Ejectment Order could NEVER have been issued, the defendant claims    under

Page 3

Oath that she might have issued the Ejectment Order on an application form which came to her without a Court Stamp

Since Section 4-3 of the CT Practice Book makes it explicit that: "No document is officially filed without a Court Stamp" and therefore issuing an Ejectment Order on an application form that came to her without a Court Stamp is ILLEGAL, making the Ejectment Order NULL and VOID, the plaintiff found it prudent and crucial to provide the Court with a copy of Section 4-3 of the CT Practice Book to prove that the defendant issued an ILLEGAL Ejectment Order against the plaintiff, causing the plaintiff to lose his home and property and suffer all the consequential damages, any how that

Page 4

one considers her defense.

It follows therefore that the defendants Objection to plaintiff's request to join private individuals as party defendants is INVALID for as long as the Motion for Summary Judgement, which is supported by a BAD-FAITH affidavit, is INVALID.

The plaintiff would therefore suffer gross manifest injustice if the Court grants the defendants Objection which would not have been granted if the Court were to consider the referenced Section 4-3 of the CT Practice Book along with the plaintiff's response to the defendants opposition to join private individuals as party defendants

Consequently plaintiff prays this Motion for Review would be granted to prevent any

Page 5

possible manifest injustice which would otherwise be meted upon the plaintiff

The defendant CONSPIRED and COLLABORATED with counsel for Bella Vista Condos to make it possible to issue the ILL-CONCEIVED Ejectment Order and must be made to stand trial with those private parties.

Respectfully Submitted
BEN. GYADU (B.Ali:)
P.O. BOX 4314
Waterbury, CT 06704.

CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the state attorney general, attention Attorney Daniel Schaeffer, 55 Elm Str., Hartford, CT 06106

Sincerely,
BEN. GYADU (B.P.C.)
P.O. BOX 4314,
Waterbury, CT 06704