**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
BEN GYADU,                     :
                               :
     Plaintiff,                :
                               :
v.                             :    Civil No. 3:02CV01271(AWT)
                               :
MAURA O'CONNELL,               :
                               :
     Defendant.                :
-------------------------------x
```

### REFERRAL TO MAGISTRATE JUDGE

     This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

<u>  X  </u> A ruling on the following motion, which is currently pending: <u>Defendant's Motion for Summary Judgment (Doc. No. 57)</u> (orefm.)

\_\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_\_ Other:_____ (orefmisc./misc)

     It is so ordered.

     Dated this 24th day of January, 2006, at Hartford, Connecticut.

                                       /s/Alvin W. Thompson

                                         Alvin W. Thompson
                                 United States District Judge