The U.S. District Court
450 Main Street
Hartford, CT 06103

Date: 30th Jan., 2006

Doc.#: 3:02-CV-01271 (AWT)

BEN. GYAJU Vs MAURA O'CONNELL

REQUEST FOR ORAL ARGUMENT

Plaintiff requests that any consideration of the defendant's Motion For Summary Judgement be preceeded by an Oral Argument so that the Court would hear the parties orally to bring about a better understanding of the issues involved.

Respectfully Submitted.
Ben. Gyadu
P.O. Box 4314
Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the State attorney general, attn: Attorney Daniel Schaeffer, 55 Elm Street, Hartford, CT 06106

Thank you.

Sincerely,

BEN. GYASU,

P.O. BOX 4314,

Waterbury, CT 06704.