The U.S. District Court,
450 Main Street,
Hartford, CT 06103
Date: 30th Jan., 2006

Doc. #: 3:02-CV-01271 (AWT)
BEN GYASU Vs MAURA O'CONNELL

## MOTION FOR A STAY

Per the District Court's referral of Motion For Summary Judgement for a ruling by Magistrate Judge Donna F. Martinez and the fear that this referral might jeopardise any ruling on the plaintiff's pending motions, e.g. Motion To Join Private Parties as defendants, Motion For Sanctions etc., whose issues are CRITICAL to the defendant's Motion For Summary Judgement, the pro se plaintiff finds it imperative to move for a Stay

Page 2

pending a ruling and a resolution of the issues of these pending motions and thereby prevent any possible MANIFEST INJUSTICES which would otherwise be meted upon the pro se plaintiff.

As plaintiff alleged throughout the complaint, without counsel for Bella Vistas COLLABORATION and CONSPIRACY with the defendant to have an Ejectment Order on file to FRAUDULENTLY confer an absolute title of the property upon Bella Vista Condos <u>before</u> plaintiff had any chance of receiving a copy of the Memorandum of Decision let alone responded to it and in the process torpedoed their ILL-CONCEIVED, DIABOLICAL plans, there would NEVER have been that FRAUDULENT Ejectment Order and plaintiff would NEVER

have lost his home and property to the alleged VOID judgement at the middle of the Litigation without exercising his appeal rights.

Counsel for Bella Vista Condos must therefore be made as party defendants of the action, and sanctioned as requested, before any consideration of the alleged FRAUDULENT Motion for Summary Judgement

Consequently, plaintiff prays any consideration of the Motion for Summary Judgement would be stayed pending a resolution of the pending motions such as the Motion To Join Counsel for Bella Vista Condos as party defendants of the action

## CONCLUSION

Based upon all the above, plaintiff prays for a

Page 4

favourable consideration of the Motion For A Stay.

Respectfully Submitted

Ben Gyadu,

P.O. Box 4314,

Waterbury, CT 06704

## CERTIFICATION

This is to certify that a copy of the fore-going was mailed to counsel, the State attorney general, attn: Attorney Daniel Schaeffer, 55 Elm Street, Hartford, CT 06106.

Sincerely,
Ben. Gyadu
P.O. Box 4314,
Waterbury, CT 06704