UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
BEN GYADU,                    :
                              :
     Plaintiff,               :
                              :
v.                            :   Civil No. 3:02CV01271(AWT)
                              :
MAURA O'CONNELL,              :
                              :
     Defendant.               :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

    The plaintiff's Motion for a Stay (Doc. No. 110) of this court's referral of the plaintiff's summary judgment motion to Magistrate Judge Donna F. Martinez is hereby DENIED. The court notes that the motions referenced in the plaintiff's motion have also been referred to Magistrate Judge Martinez.

    It is so ordered.

    Dated this 16th day of February, 2006, at Hartford, Connecticut.

                                               /s/Alvin W. Thompson
                                                Alvin W. Thompson
                                     United States District Judge