UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEN GYADU, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:02CV1271 (AWT) |
| MAURA O'CONNELL, | : |
| Defendant. | : |

ENDORSEMENT RULING ON MOTION FOR SANCTIONS

Plaintiff's Motion for Sanctions (doc. #95) is DENIED. Plaintiff alleges that affidavits submitted by the defendant and Attorney Melchionne in support of defendant's Motion for Summary Judgment were signed in bad faith. Plaintiff, however, submits no evidence to demonstrate that any of the facts averred by these individuals were false. Based on the record, the court cannot conclude that the affidavits were submitted in bad faith. See Fed. R. Civ. P. 56(g) ("Should it appear to the satisfaction of the court at any time that any of the affidavits presented . . . are presented in bad faith . . . , the court shall forthwith order the party employing them to pay to the other party . . . reasonable expenses").

SO ORDERED at Hartford, Connecticut this 28th day of February, 2006.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge