**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
BEN GYADU,                    :
                              :
      Plaintiff,              :
                              :
v.                            :      Civil No. 3:02CV01271(AWT)
                              :
MAURA O'CONNELL,              :
                              :
      Defendant.              :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

The plaintiff's motion for reconsideration (Doc. No. 94) is hereby DENIED.

The plaintiff moves for reconsideration of the court's order denying his Motion for More Definite Statement (Doc. No. 82) wherein he moved for a more definite statement with respect to the affidavit filed by Maura O'Connell in support of her motion for summary judgment, contending it was "vague, ambiguous, deceptive and misleading."

A motion for a more definite statement can be filed only with respect to "a pleading to which a responsive pleading is permitted." Fed. R. Civ. P. 12(e). An affidavit in support of a motion for summary judgment is not a pleading. See Fed. R. Civ. P. 7(a). Thus, the plaintiff's motion for a more definite statement was procedurally improper.

In addition, the plaintiff's motion for a more definite statement lacked merit.  The court reviewed the affidavit at issue and concluded that it was <u>not</u> vague, ambiguous, deceptive or misleading.  For the benefit of the <u>pro se</u> plaintiff, the court notes at the summary judgment stage, the moving party presents her evidentiary support to the court and the party opposing the motion also has an opportunity to submit his evidentiary support to the court.  Based on the submissions of the parties, the court decides whether the moving party has demonstrated that she is entitled to summary judgment or whether the motion should be denied because there exist genuine issues of material fact.

It is so ordered.

Dated this 8th day of March, 2005, at Hartford, Connecticut.

/s/Alvin W. Thompson

_____        _____
                                           Alvin W. Thompson
                                      United States District Judge

2