```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
-------------------------------x
                               :
BEN GYADU,                     :
                               :
     Plaintiff,                :
                               :
v.                             :    Civil No. 3:02CV01271(AWT)
                               :
MAURA O'CONNELL,               :
                               :
     Defendant.                :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

    The plaintiff's Motion for Extension of Time (Doc. No. 116) is hereby GRANTED in part and DENIED in part.  The plaintiff's request for an extension of time to file an objection to Magistrate Judge Donna F. Martinez' recommended ruling is granted to and including March 23, 2006.  No further extensions will be granted.

    The court notes that an attempt was made to contact the <u>pro se</u> plaintiff by telephone to notify him that he was only being given a short extension of time, but there was no answer and no answering machine.

    It is so ordered.

    Dated this 14th day of March, 2006, at Hartford, Connecticut.

                                                      /s/Alvin W. Thompson
                                                    Alvin W. Thompson
                                             United States District Judge