**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
BEN GYADU,                     :
                               :
     Plaintiff,                :
                               :
v.                             :   Civil No. 3:02CV01271(AWT)
                               :
MAURA O'CONNELL,               :
                               :
     Defendant.                :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

Upon review and pursuant to 28 U.S.C. § 636(b) and Rule 72.2 of the Local Rules for United States Magistrate Judges (D. Conn.), Magistrate Judge Donna F. Martinez's Recommended Ruling (Doc. #113) on Defendant's Motion for Summary Judgment (Doc. #57) is hereby **ACCEPTED**. The Defendant's Motion for Summary Judgment is being granted.

The Clerk shall close this case.

It is so ordered.

Dated the 24th day of March 2006, at Hartford, Connecticut.

                                        /s/
                                  Alvin W. Thompson
                              United States District Judge