UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BEN GYADU                              :

v.                                     :    CASE NO. 3:02CV1271 (AWT)

MAURA O'CONNELL                        :

### JUDGMENT

This action having come on for consideration of the defendant's motion for summary judgment before the Honorable Donna F. Martinez, United States Magistrate Judge, and the Honorable Alvin W. Thompson, United States District Judge, and

The Honorable Donna F. Martinez, having considered the motion and the full record of the case including applicable principles of law, and having filed a recommended ruling granting the motion, and the court having accepted the ruling in an endorsement order, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Maura O'Connell.

Dated at Hartford, Connecticut, this 27th day of March, 2006.

KEVIN F. ROWE, Clerk

By _____/s/_____
Sandra Smith
Deputy Clerk