The U.S. District Court,
450 Main Street,
Hartford, CT 06103
19th March, 2006

Doc. #: 3:02-CV-01271 (AWT)

BEN. GYADU Vs MAURA O'CONNELL

NOTE TO COURT

The Court stated plaintiff could not be reached by telephone and plaintiff did not have any means by which he could be left a message.

Plaintiff's telephone # is; (203) 558-3074.

Plaintiff has a means by which he receives recorded messages.

Plaintiff does not know what might have occured and regrets any resultant inconveniences.

Respectfully Submitted, Ben. Gyadu.

CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the State Attorney General, attn: Attorney Daniel Schaeffer, 55 Elm Street, Hartford, CT 06106

Sincerely,

Ben. Gyadu,
P.O. Box 4314,
Waterbury, CT 06704