The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 19th April, 2006

Doc.#: 3:02-CV-01271(AWT)

BEN. GYASU Vs MAURA O'CONNELL

## MOTION FOR EXTENSION OF TIME

Plaintiff moves for Extension of Time to file a Notice of Appeal pending a decision on his Motion To Open, should one be needed after the decision.

Plaintiff has moved to open the case so that the District Court Judge could evaluate the plaintiff's Objection To the void Recommended Decision by the U.S. Magistrate and set it aside accordingly to prevent any resultant MANIFEST Injustices

Page 2

which would otherwise be meted upon the pro se plaintiff.

The Court has not as yet made a ruling on the Motion To Open

However the time allowed to file a Notice Of Appeal is running out.

Consequently the pro se plaintiff finds it prudent to file a Motion For Extension Of Time to file a Notice Of Appeal so that he would not run into any possible unforeseen time limitation problems and lose any chance of appeal as a result, if there is a need to appeal after a decision on the pending Motion To Open.

The magistrate has entered a VOID Recommended decision against the pro se plaintiff and this must be set aside accordingly to

Page 3

allow Justice to take its course

<u>Defendants SPECIFIED functions plus acts of CONSPIRACY do not qualify defendant for any IMMUNITY and must therefore stand TRIAL</u>

## CONCLUSION

Based upon all the above, the plaintiff hopes for a favourable consideration

Respectfully Submitted.

BEN. GYADU (PSFC:)

P.O. BOX 4314,

Waterbury, CT 06704.

## CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the State Attorney general, 55 Elm Street, Hartford, CT 06106

Attn: Attorney Daniel Schaeffer.

Sincerely,

Ben. Gyadu,

P.O. BOX 4314,

Waterbury, CT 06704.