District Court Of CT , FILED

450 Main Street,    2006 APR 27 P 12:03

Hartford, CT 06103

Date: 25-Th April, 2006

Doc. #: 3:02-CV-01271 (AWT)
BEN. GYABU Vs MAURA O'CONNELL


MOTION FOR A STAY


Based upon the following, plaintiff moves
for a STAY on appeal proceedings
pending a decision on the Motion To Open


A. PLAINTIFF HAS MOVED TO OPEN THE CASE
PURSUANT TO FED. R. CIV. PROCEDURE 59(e)


Pending is plaintiffs Motion To
Open And Amend Judgement so that the district
court Judge could correct the GRIEVOUS ERROR

Page 2

without which the court would <u>NEVER</u> have

accepted the magistrate's recommended

decision, on the 24th March, 2006 and hence in less than 24 hours of the dead-line

of 23rd March, 2006, for filing an Objection,

without allowing any chance nor time for any

Objection mailed on the 21st March, 2006, for example,

to the court let alone an Objection mailed on

the 23rd March, 2006, to the Court, as plaintiff

did, to reach the court for its consideration


The Court's action by which the

Court allowed the plaintiff to file his Objection

on or before the 23rd March, 2006 but would

not allow any chance nor time for documents

mailed on or about the 23rd March, 2006, to the Court,

to even reach the court let alone to be considered

before the court accepted the recommended

Page 3

decision on the 24th March, 2006, less than 24 hours after the dead-line of 23rd March, 2006, for filing the Objection had expired, deprives the pro se plaintiff a chance of challenging the alleged VOID recommended decision pre-judicially, in violation of Due Process and Equal Protection of laws.

Please, See Cleveland Board of Educ. Vs Loudermill, 470 U.S. 532 (1982) at 541; a copy of the case is attached. Please, see also Monroe Vs Pape, 8 S. Ct 473 (1961) at 478.

The pro se plaintiff therefore found it prudent to move for a Stay on any appeal proceedings pending a decision on the Motion To Open

Page 4

B. A NEED TO RELIEVE PLAINTIFF OF CONSEQUENTIAL MANIFEST INJUSTICES OF DEPRIVATION OF DUE PROCESS OF NOTICE OF THE 5TH & 14TH AMEND. OF THE U.S. CONSTITUTION.

The Court accepted the magistrates recommended decision on the 24th March, 2006.

This decision was not, however, put in the mail for plaintiff until few (4) consecutive days later on the 28th March, 2006, after judgement had even been entered on the very decision whose notice had not even been sent to the pro se plaintiff; A copy of the back of the envelope that contained the notice is attached to show the mailing date stamp of 28th March, 2006.

The Courts action deprives the pro se plaintiff the filing of his Objection in gross violation of Due Process of Notice under the 5th

Page 5

and the 14th Amendment as set forth by the U.S. Supreme Court under Mullane Vs Central Hanover Bank and Trust, Co., 339 U.S. 306, 70 S. Ct. 652, 94 L. Ed. 865 (1950)

Please see Mullane Vs Central Hanover Bank & Trust Co., 70 S. Ct. 652 (1950) at 652, 656, 657.

CONCLUSION

Based upon all the above, plaintiff prays the Court would stay any appeal proceedings and reopen the case to consider the plaintiff's objection to the alleged VOID recommended decision and set aside the recommended decision to prevent any resultant MANIFEST Injustices which would otherwise be meted upon the pro se plaintiff.

Respectfully Submitted
BEN. GYASU, P.O. BOX 4314, Waterbury, CT
06704

APPENDIX

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
450 MAIN STREET
HARTFORD, CT 06103

OFFICIAL BUSINESS

Ben Gyadu
P.O. Box 4314
Waterbury, CT 06704

HARTFORD CT 061

29 MAR 2006 PM 2 T

06704+0314

CERTIFICATION

This is to certify that a copy of the fore-going
was mailed to the State attorney general,
attn: Attorney Daniel Schaeffer, 55 Elm Str.,
Hartford, CT 06106.

Sincerely,

BEN. GYAMU (Bafc:),

P. O. BOX 4314

Waterbury, CT 06704