**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
BEN GYADU,                     :
                               :
     Plaintiff,                :
                               :
v.                             :   Civil No. 3:02CV01271(AWT)
                               :
MAURA O'CONNELL,               :
                               :
     Defendant.                :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

    The plaintiff's Motion for Extension of Time (Doc. No. 124) and Motion to Stay (Doc. No. 125) are hereby DENIED, as moot. The plaintiff has filed a motion to alter and amend judgment. Consequently, pursuant to Fed. R. App. P. 4(a)(4)(A)(iv), the plaintiff's time to file a notice of appeal will run from the date this court rules on the plaintiff's motion, not from the date that judgment was entered.

    It is so ordered.

    Dated this 3rd day of May, 2006, at Hartford, Connecticut.

                                  /s/Alvin W. Thompson

                                    Alvin W. Thompson
                             United States District Judge