The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 31st March, 2006

Doc. #: 3:02-CV-01271 (AWT)

BEN. GYASU Vs MAURA O'CONNELL

GRANTED. April 2007 It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/3/06

## PLAINTIFF'S REQUEST TO SUPPLEMENT, MOTION TO OPEN

### DEPRIVATION OF DUE PROCESS & EQUAL PROTECTION OF LAWS

The District Court's action, which accepted the Magistrate's Recommended Ruling on the 24th March, 2006, less than 24 hours after the dead-line of 23rd March, 2006, for filing the Objection had expired, without allowing any time at all for even documents mailed on the 21st to the Court let alone documents as the Objection, mailed on the 23rd instant to