Page 34

difference to Attorney Melchionne to allow the plaintiff back in the building to continue removing his possessions.

83  Plaintiff then told Attorney Melchionne that he would be held responsible for anything that would go wrong with his possessions.

84  Attorney Melchionne's response was that he would not be responsible for anything.

85  The whole of that week-end the plaintiff tried in vain to contact the defendants and the management of the Condo association to collect his possessions including perishable items

86  The following Monday the plaintiff was able to reach the management and Marshall Sheftel but they did not co-operate to allow plaintiff to collect

Page 35

his possessions

87  The plaintiff then reported the whole incident to the Legal Grievance Committee which oversees the actions of attorneys and the State Marshall Commission stressing the need to collect his belongings from the building

88  Attorney Melchienne and the Marshalls did not co-operate to enable the plaintiff to collect his possessions

89  They told one lie after the other to conceal the facts and cover-up the alleged wrong-doing and so till to-date the plaintiff's possessions remain seized and confiscated by the very defendants whose MALICIOUS and MAWUMINSE, DIABOLICAL, as alleged, caused the possessions to be left in the

Page 36

building in the first place.

90. In one of such lies, Marshall Sheftel wrote the Commission stating plaintiff signed a note that all his possessions were removed before the doors were locked

CLAIM FOR RELIEF

A.

CONSPIRACY

A(1) Attorney Melchionne and the Law Office of Eugene Melchionne COLLABORATED and CONSPIRED with the eviction team, including the State Marshalls to deduce that kind of DECEPTIVE, COUP D'E-TAT ACT to deceive and trick the plaintiff to get him out of the building so that they could lock it up and leave, regardless.

A(2) CONSPIRACY BETWEEN COUNSEL FOR BELLA VISTA CONDOS AND THE CLERK WHO ISSUES EJECTMENT ORDERS.

Attorney Melchionne and his law firm COLLABORATED and CONSPIRED with the Clerk, Maura

Page 38

Strict fore-closure judgement to deprive the plaintiff of his home and property constitutes an act of subjecting the plaintiff to the effects of Double Jeopardy

D  VIOLATION OF PLAINTIFF'S PRIVACY RIGHTS

Defendant's alleged acts violate the plaintiff's rights under the fed. PRIVACY Act of 1974

E  DEPRIVATION OF HOME & PROPERT IN VIOLATION OF THE 14TH AMENDMENT

Defendant's actions, as alleged, deprive the plaintiff of his home and property in violation of the 14TH AMEND., SEC. 1 of the U.S. CONST.

F  MALICIOUS AND BAD-FAITH FILINGS

Defendant's alleged acts constitute BAD-FAITH, MALICIOUS filings by which plaintiff has been DEFRAUDED

Page 39

of Justice sue him and must be made to prove the MALICIOUS, CARELESS claims he made against the plaintiff just to make the plaintiff appear bad and nuisance to turn the courts against the plaintiff to achieve the desired outcome as it did occur.

G. MALICIOUS AND WRONGFUL CONFISCATION AND SEISURE OF PLAINTIFF'S POSSESSIONS.

Defendants actions, as alleged, constitute LAWLESS and MALICIOUS acts by which the defendants have seized the plaintiff's possessions and confiscated those possessions

H EJECTION OF PLAINTIFF FROM HIS HOME BY A LAWLESS, MALICIOUS WRONGFUL EJECTMENT ORDER

The 3rd & 4th defendants acts of CONSPIRACY and COLLABORATION with the Clerk, Maura O'Connel, to

issue the alleged FRAUDULENT Ejectment Order by which the plaintiff was ejected from his home and property constitutes Ejectment Of Plaintiff from his home and property by a LAWLESS, MALICIOUS, WRONGFUL Ejectment Order.

I  DEPRIVATION OF HOME AND PROPERTY BY A MALICIOUS, LAWLESS, WRONGFUL Ejectment Order

Attorney Melchionne's CONSPIRACY with the Clerk to make it possible to issue the FRAUDULENT Ejectment Order deprived the plaintiff of his home and property by a MALICIOUS, LAWLESS, Ejectment Order

II  PROFESSIONAL MISCONDUCT OR NEGLIGENCE

The defendants acts by which they CONSPIRED to use tricks and deception to get the plaintiff out of the building without which the

Page 41

plaintiff's possessions would NEVER have been left in the building to be seized confiscated by the very defendants, constitute PROFESSIONAL MIS-CONDUCT or NEGLIGENCE

K. DEPRIVATION OF DUE PROCESS AND EQUAL PROTECTION OF LAWS

The 3rd and 4th Defendants acts, as alleged, deprive the pro se plaintiff the due process under the 5th and the 14th Amendment and equally deprive the plaintiff the Equal Protection of Laws.

L. SUBJECTION OF PLAINTIFF TO MALICIOUS, UNETHICAL DISHONEST ACTS AND THEIR CONSEQUENTIAL DAMAGES

L(1)   The defendants DECEPTIVE, DIS-HONEST, COUP D'E-TAT act, as alleged, without which the plaintiff's possessions would NEVER have been left in the building to be seized and

Page 42

confiscated by the same defendants subjects the plaintiff to MALICIOUS, UNETHICAL, DIS-HONEST, DIABOLICAL ACTS and their consequential damages, in WANTON DIS-REGARD to laws.

(e)
The 3rd and 4th Defendants act of Ejecting the plaintiff from his home while there was still an investigation about the cause of the fire incident of 17th Nov., 2001, and plaintiff was yet to recover from the shocks and symptoms of smoke inhaling, under-going treatment constitutes subjection of plaintiff to MALICIOUS, UNETHICAL, DISHONEST, CALLOUS act, deliberately done to deprive the plaintiff of any physical evidence he might have to recover his losses from the fire incident of 17th Nov., 2001.

Page 43

As a result of the defendants acts, as alleged, plaintiff has suffered consequential damages, inter alia, loss of home and property, confiscation and seizure of plaintiff's possessions including clothes, documents, wifes prescription, cash, cooking utensils, cutlery, plates and cups, artifacts, provisions, large cans of Ovaltine & Milo, perishable goods, about 12 large bottles of honeyetc., mental and emotional anguish, stress, humiliation and disgrace, erosion of credit, loss of dignity and respect.

As a result of the 3rd and 4th defendants dishonest and bad faith filings plaintiff has not only lost his appeal rights to suffer perpetually its adverse consequencies but plaintiff has been losing his actions without appeal rights

Page 44

WHEREFORE, the plaintiff claims

(1) Compensatory damages of $5,000,000 against the 3rd defendant

(2) Punitive damages of $3,000,000 against the 3rd defendant

(3) Compensatory damages of 3,000,000 against the 4th defendant

(4) Punitive damages of 3,000,000 against the 4th defendant

(5) Compensatory damages of $2,000,000 against the 2nd defendant

(6) Punitive damages of $2,000,000 against the 2nd defendant

7 Compensatory damages of $2,000,000 against the first defendant

(8) Punitive damages of 3,000,000 against the 1st defendant

Page 45

9. Compensatory damages of $2,000,000 each against the 5th and the 6th defendants

10. Punitive damages of $3,000,000 each against the 5th and 6th defendants, i.e. CT Condo Connection and Bella Vista Condos.

11. The defendants be made to release the plaintiff's possessions with IMMEDIATE effect including wife's prescription and cash

12. The defendants be made and held responsible for the consequencies of anything that would go wrong with the plaintiff's possessions, especially if the defendants dispose of the possessions in any way that the plaintiff could not trace them to know who might have had some information about the plaintiff's private

CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the Law Office of Eugene Melchionne, 27 First Ave., Waterbury, CT 06790.

Sincerely,

BEN. GYABU,

P.O. BOX 4314,

Waterbury, CT 06704.