FILED
2006 JUN 12 A 11: 15
DISTRICT COURT
HARTFORD, CT.

The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 7th June, 2006.

Doc.#: 3:02-CV-01271 (AWT)

BEN. GYADU Vs MAURA O'CONNELL

MOTION FOR EXTENSION OF TIME

Plaintiff needs <u>critically</u> an Extension of Time to get <u>needed Exhibits</u> in support of his Motion for Re-consideration for the Court to review its decision

The Court rules that the

Page 2

plaintiff's arguments in opposition to the Motion For Summary Judgement are without merit, to the utmost shock and surprise of plaintiff.

Consequently the plaintiff finds it CRITICAL and IMPERATIVE to file a Motion For Re-consideration with needed supporting documents for the Court to review its decision and determine (i) if the Court did not over-look anything (ii) and if the Court's action does not subject the plaintiff to MANIFEST Injustice and (iii)

Page 3

there is not a need to correct a clear ERROR OF LAW.

## CONCLUSION

Based upon the above plaintiff prays for a favourable consideration so that the plaintiff could file his Motion For Re-consideration with the needed Exhibits for the Court's review of its Ruling.

Plaintiff needs to file a Motion For Review even though his chances of any favourable Ruling is slim.

Respectfully Submitted

Ben. Gyadu,

P.O. Box 4314,

Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the State attorney general, attn: Attorney Daniel Schaeffer, 55 Elm Street, Hartford, CT 06106

Sincerely,

Ben. Gyadu,

P.O. Box 4314,

Waterbury, CT 06704