UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
BEN GYADU,                    :
                              :
     Plaintiff,               :
                              :
v.                            :    Civil No. 3:02CV01271(AWT)
                              :
MAURA O'CONNELL,              :
                              :
     Defendant.               :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

    The plaintiff's Motion for Extension of Time (Doc. No. 132) is hereby DENIED.  The plaintiff represents that he needs time to obtain needed (but unspecified) exhibits in support of a motion for reconsideration.  The pro se plaintiff, who appears to understand the litigation process quite well (as evidenced not only by his filings in this case but the mandate from the Second Circuit attached to his Motion for Clarification (Doc. No. 131)), has had the substance of his opposition to the defendant's motion for summary judgment reviewed in connection with the magistrate judge's recommended ruling, in connection with his objection to that recommended ruling and in connection with his motion for relief from judgment.  On each occasion the plaintiff was given full opportunity to submit materials showing that the defendant was not entitled to summary judgment.  The plaintiff has had more than a fair opportunity--even for a pro se plaintiff--to submit

exhibits for the court's consideration and a failure to submit any material exhibit that has continued to this point in time would constitute not only a lack of diligence but inexcusable neglect, so the plaintiff's motion is being denied.

It is so ordered.

Dated this 14th day of June, 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
Alvin W. Thompson
United States District Judge