UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
BEN GYADU,                     :
                               :
     Plaintiff,                :
                               :
v.                             :     Civil No. 3:02CV01271(AWT)
                               :
MAURA O'CONNELL,               :
                               :
     Defendant.                :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

For the reasons set forth below, the plaintiff's Motion for Clarification (Doc. No. 131) is hereby DENIED.

The plaintiff purports to be seeking clarification of the court's ruling but in actuality is simply taking another opportunity to argue his case, and in doing so he mischaracterizes one of the court's earlier rulings.  The plaintiff accurately notes that the court initially dismissed his action on grounds that, based on the allegations of the complaint, the defendant was protected by judicial immunity and qualified immunity.  (See Order of Dismissal (Doc. No. 7).)  The court subsequently granted the plaintiff's motion to reopen the case so the plaintiff could file an amended complaint.  (See Doc. Nos. 17 and 18.)  The plaintiff suggests in the instant motion that the court granted the motion to reopen the case only after a finding that the defendant is not entitled to judicial immunity

or qualified immunity (see the Motion for Clarification at 4-5). However, the court made no such determination in deciding to allow the pro se plaintiff to file an amended complaint. The amended complaint was filed and was required to contain only mere allegations, with no evidence to substantiate them.

After the plaintiff's amended complaint was filed and the case proceeded past the pleading stage to the summary judgment stage and the defendant met her initial burden at the summary judgment stage, the plaintiff had the burden of producing evidence showing that there was a genuine issue for trial. He failed to do so, and the defendant was accordingly entitled to summary judgment.

All of the foregoing is already clear in the record of this case, so the plaintiff's motion is being denied.

It is so ordered.

Dated this 14th day of June, 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
   Alvin W. Thompson
United States District Judge