The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 22nd June, 2006

Doc. #: 3:02-CV-01271 (AWT)
BEN. GYABU Vs MAURA O'CONNELL

## MOTION FOR EXTENSION OF TIME

Pending a resolution of plaintiff's Motion For Re-consideration which plaintiff is requesting that he be given a chance to file, plaintiff moves for Extension Of Time to file a

Page 2

Notice Of Appeal so that in the event the Court denies the plaintiff a chance to file the CRITICAL Motion For Re-Consideration, the plaintiff would not run into any Statutory time limitation problems to file a Notice Of Appeal.

Plaintiff strongly believes that the Court would discover, upon a CRITICAL review of its decision, that the defendant is not entitled to a waiver of a trial by granting the Motion for Summary Judgement. Plaintiff

Page 3

therefore prays the Court would give the plaintiff a chance to file his much needed Motion for Review to prove to the Court that the case must go to a trial.

However, for fear of losing a chance to file a Notice of Appeal should the Court decide not give the plaintiff a chance to file his Motion for Re-Consideration, the plaintiff finds it CRUCIAL to file this motion so that he would not run into any Statutory time limitation problems

Page 4

and lose a chance to file a Notice of Appeal.

Plaintiff prays for a favourable consideration.

Respectfully Submitted
BEN. GYAMU,
P. O. BOX 4314,
Waterbury, CT 06704

## CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the State Attorney General, attn: Attorney Daniel Schaeffer, 55 Elm Street, Hartford, CT 06166

Thank you.

Sincerely,

BEN. Giyado

P.O. Box 4314

Waterbury, CT 06704