# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
BEN GYADU,                     :
                               :
     Plaintiff,                :
                               :
v.                             :   Civil No. 3:02CV01271(AWT)
                               :
MAURA O'CONNELL,               :
                               :
     Defendant.                :
                               :
-------------------------------x
```

### ENDORSEMENT ORDER

The plaintiff's motion to reconsider the denial of the motion for extension of time dated June 7, 2006 (Doc. No. 135) is hereby DENIED.

It is so ordered.

Dated this 26th day of June, 2006, at Hartford, Connecticut.

                            /s/Alvin W. Thompson
                         _____
                            Alvin W. Thompson
                         United States District Judge