The U.S. District Court,
450 Main Street,
Waterbury, CT 06403

Date: 23rd June, 2006

Doc. #: 3:02-CV-01271 (AWT)

BEN. GYASU Vs MAURA O'CONNELL

## MOTION FOR A STAY

Plaintiff moves for a stay of any appeal proceedings so that he could resolve the issues of pending motions intended to file a Motion for Re-Consideration CRITICAL to the issues of the complaint without losing any appeal rights due to statutory time limitations, in case the plaintiff needs to file an appeal.

Plaintiff hopes for a favourable consideration.

Respectfully Submitted,
Ben. Gyasu, P.O. Box 4914, Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the State Attorney General, attn: Attorney Daniel Schaeffer, 55 Elm Street, Hartford, CT 06106

Thank you.

Sincerely,

BEN- GYADU,

P.O. BOX 4314,

Waterbury, CT 06704