UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
BEN GYADU,                    :
                              :
     Plaintiff,               :
                              :
v.                            :   Civil No. 3:02CV01271(AWT)
                              :
MAURA O'CONNELL,              :
                              :
     Defendant.               :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

    The plaintiff's Motion for Extension of Time (Doc. No. 136) is hereby DENIED, as moot.  The plaintiff's motion for reconsideration was filed on June 23, 2006 and denied on June 26, 2006.

    It is so ordered.

    Dated this 27th day of June, 2006, at Hartford, Connecticut.

                                                /s/Alvin W. Thompson

                                                Alvin W. Thompson
                                        United States District Judge