UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
BEN GYADU,                    :
                              :
     Plaintiff,               :
                              :
v.                            :   Civil No. 3:02CV01271(AWT)
                              :
MAURA O'CONNELL,              :
                              :
     Defendant.               :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

    The plaintiff's Motion for a Stay (Doc. No. 138) is hereby DENIED, as moot. There are no pending motions, and the plaintiff's motion for reconsideration was denied on June 26, 2006.

    It is so ordered.

    Dated this 29th day of June, 2006, at Hartford, Connecticut.

                                            /s/Alvin W. Thompson

                                            Alvin W. Thompson
                                   United States District Judge