The U.S. District Court,
450 Main Street,
Hartford, CT 06103.
Date: 3rd July, 2006

Doc.#: 3:02-CV-01271 (AWT)
BEN- GYADU Vs MAURA O'CONNELL

## MOTION FOR CLARIFICATION

Plaintiff should be grateful if the Court would clarify its Order dated the 27th June, 2006 to enable the plaintiff to know and understand the reasons behind the Court's action. The pro se plaintiff does not understand, in any way, the following and should be very grateful if the Court would clarify the order.

(a) The Order came with the front page giving the

Page 2

plaintiff a warning stating:

"WARNING: CASE CLOSED on 03/27/2006"

Plaintiff does not understand why the order came with such a warning and does not know the reason behind the order with that warning.

(b) The Court denied, as moot, the plaintiff's Motion for Extension of Time to file a Notice of Appeal, should there be a need to file a Notice of Appeal <u>after</u> a resolution on the plaintiff's Motion To Open.

In denying the Motion the court stated:

"The plaintiff's motion for reconsideration was filed on June 23, 2006 and denied on June 26, 2006."

The Motion For Re-consideration, however, was for the Court's review of the denial of the Motion For Extension Of Time dated the

Page 3

7th June, 2006, which was intended to have time extension to:

(a) get exhibits from the archives of the Courts since the files of the previous actions are in the archives

(b) travel down to the 2nd Circuit to have a copy of the Mandate with the 2nd Circuit's Seal Stamp on it since the U.S. Magistrate did not recognize it as a valid document in making the Recommended decision and the U.S. District Court as well did not take it into consideration in accepting the Recommended decision and due to that the plaintiff thought he needed the 2nd Circuit's Seal Stamp on it before the Courts would accept it as a valid document for any consideration.

The plaintiff called the clerks'

Page 4

office of the 2nd Circuit for the file of previous actions

The plaintiff was told to write a written request and allow between 7 and 10 days to retrieve the files from the archives

Plaintiff was told to enclose a $45.00 cheque for the request fee and mail the request to the Clerks' Office, attn: #1803

The plaintiff's Motion For Extension Of Time dated the 22nd June, 2006 which was denied as moot on the 27th June, 2006, however, was intended to enable the plaintiff to file a Notice Of Appeal without running into any Statutory time limitation problems and lose a chance to file a Notice Of Appeal, should he have a need to file a Notice Of Appeal after the

Page 5

District Court gratefully gave the plaintiff a chance to file the CRITICAL and much needed Motion For Re-consideration to review the Order which accepted the alleged VOID Recommended decision and declared that the plaintiff's Objection was without merit.

As it would therefore be discovered the Motion For Extension Of Time dated the 7th of June, 2006, which was denied, and so the plaintiff, in dire need to file a Motion for a Review of the Order which accepted the Recommended Decision, filed a Motion To Re-consider the denial of that Motion For Extension Of Time, hoping the Court would rescind the denial decision but that Motion For Re-consideration was also denied on the 26th of June, 2006, was

intended to seek time extension to file a Motion To Re-consider the decision which accepted the Magistrates Recommended decision while the Motion for Extension of Time dated the 22nd June, 2006 which was also denied was intended to enable the plaintiff to have time extension to file a Notice of Appeal should there be a need to file one after the District Court gratefully gave the plaintiff a chance to file the CRITICAL and much needed Motion To Re-Consider the decision which accepted the Re-commended decision or refused to allow the plaintiff a chance to file the Motion for Re-consideration for a review of the Order which accepted the Recommended Decision

The Motion

Page 7

for Extension Of Time dated the 7th June, 2006 and the Motion for Extension Of Time dated the 22nd June, 2006 were for two different purposes.

Hence the two motions are different.

Consequently the plaintiff does not understand why the Court denied the Motion for Extension Of Time dated the 22nd June, as moot.

Plaintiff should therefore be grateful if the Court would clarify the Order which denied the Critical Motion for Extension Of Time dated the 22nd June, 2006 and in addition clarify the: "WARNING: CASE CLOSED on 03/25/06"

Respectfully Submitted

BEN. GYABU,
P.O. BOX 4314, Waterbury, CT 06704