UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
BEN GYADU,                    :
                              :
    Plaintiff,                :
                              :
v.                            :   Civil No. 3:02CV01271(AWT)
                              :
MAURA O'CONNELL,              :
                              :
    Defendant.                :
                              :
------------------------------x
```

## ENDORSEMENT ORDER

The plaintiff's Motion for Clarification (Doc. No. 141) is hereby GRANTED.  The filing of a notice of appeal is a simple process for which no extension of time is necessary.

It is so ordered.

Dated this 7th day of July, 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
Alvin W. Thompson
United States District Judge