The U.S. District Court,
450 Main Street,
Hartford, CT 06103
Date: 7th July, 2006

Doc.#: 3:02-CV-01271 (AWT)
BEN. GYAOU Vs MAURA O'CONNELL

MOTION FOR MEMORANDUM OF DECISION

    The plaintiff has steadfastly been expressing the dire and critical need for the District Court to review its decision which accepted the Magistrate's Recommended Decision

    Consequently the plaintiff moved for a stay of any appeal proceedings so that he could do whatever is necessary for him to overcome the on-going problems which have frustrated the filing

Page 2

of the Motion For Review and file it for the District Court's evaluation, without running into any statutory time limitation problems and lose any chance to appeal, should the plaintiff have a need to file one after a resolution of the Motion For Re-Consideration

The District Court denied this motion as well, declaring that it was moot without any showing as to why the District Court states that the Motion For A Stay was moot.

As it would be discovered, the plaintiff finds it CRUCIAL not to lose any right he might have in order to properly present his case to the Courts for justice due.

Consequently the plaintiff must

Page 3

understand and know why the District Court declares that the Motion For A Stay is moot so that the pro se plaintiff could respond appropriately to the order which denied the Motion For A Stay.

Plaintiff therefore prays the Court would not subject plaintiff to time limitation problems

CONCLUSION

Based upon the above plaintiff hopes the district court would issue its Memorandum Of Decision on the denial of Motion For A Stay so that the plaintiff would understand the reasons behind the Court's action and respond appropriately to the Order which denied the Motion For A Stay.

Respectfully Submitted.

BEN GYASU

P.O. BOX 4314,
Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the State Attorney General, attn: Attorney Daniel Schaeffer, 55 Elm Street, Hartford, CT 06106

Sincerely,

BEN GYASU,
P.O. Box 4314,
Waterbury, CT 06704