**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
BEN GYADU,                    :
                              :
     Plaintiff,               :
                              :
v.                            :   Civil No. 3:02CV01271(AWT)
                              :
MAURA O'CONNELL,              :
                              :
     Defendant.               :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

The plaintiff's Motion to Re-consider Denial of Motion for Extension of Time Dated the 22nd June, 2006 (Doc. No. 143) is hereby DENIED.  The court's endorsement order dated June 27, 2006 (Doc. No. 139) and endorsement order dated June 14, 2006 (Doc. No. 133) explain why the plaintiff's motions for extension of time were denied, and the plaintiff has not set forth any controlling decisions or data that the court overlooked that might reasonably be expected to alter the conclusion reached by the court.  Schrader v. CSX Transportation, Inc., 70 F.3d 255, 257 (2d Cir. 1995).

It is so ordered.

Dated this 20th day of July, 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
Alvin W. Thompson
United States District Judge