**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
BEN GYADU,                     :
                               :
     Plaintiff,                :
                               :
v.                             :   Civil No. 3:02CV01271(AWT)
                               :
MAURA O'CONNELL,               :
                               :
     Defendant.                :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

    The plaintiff's Motion for Memorandum Decision (Doc. No. 144) is hereby DENIED.  The issue referred to by the plaintiff in the instant motion was not a complicated one and it was explained fully in one sentence in the court's endorsement order dated June 29, 2006 (Doc. No. 140).  No further explanation is needed.

    It is so ordered.

    Dated this 20th day of July, 2006, at Hartford, Connecticut.

                                     /s/Alvin W. Thompson

                                        Alvin W. Thompson
                                  United States District Judge