The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 14th July, 2006

Doc. #: 3:02-CV-01271 (AWT)

BEN GYASU Vs MAURA O'CONNELL

MOTION FOR RE-CONSIDERATION

In the Court's Endorsement Order dated the 7th July, 2006, the Court clarified its order dated the 27th June, 2006 which denied the plaintiff's Motion for Time Extension dated the 22nd June, 2006, as moot; a copy of the Endorsement Order dated the 7th July, 2006, is attached.

In granting the plaintiff's Motion for

Page 2

Clarification the Court clarified its order which denied, as moot, the Motion For Extension Of Time dated the 22nd June, 2006, as ff:

"The filing of a notice of appeal is a simple process for which no extension of time is necessary."

Plaintiff sought the Extension Of Time in accordance to the instructions provided on the Pink form for Notice Of Appeal. Plaintiff has attached one of the Pink forms for any reference that might be needed.

As it would be discovered Form 2 or the last page has a caption which states: " MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL." The Court's

Page 3

Endorsement Order dated the 7th July, 2006, whose copy is enclosed, is therefore in conflict with instructions or informations provided on the Court's Pink Appeal Form.

Consequently, in order that the pro se plaintiff would not run into any statutory time limitation problems and as a result lose a chance to file a notice of appeal, in case the plaintiff has to file one after a resolution of his on-going efforts intended to be given a chance to file a Motion For Re-Consideration so that the District Court could review its order which accepted the Magistrate's Recommended Decision, the plaintiff moves for a Re-Consideration of the District Court's Order dated the 27th June, 2006, which denied the Motion For Extension Of Time dated the

Page 4

22nd June, 2006, as moot or moves to supplement the Motion for Re-Consideration dated the 3rd July, 2006, and filed the 14th July, 2006

CONCLUSION

Based upon all the above, the plaintiff prays for a favourable consideration

Respectfully submitted.
BEN. GYASU,
P.O. BOX 4314,
Waterbury, CT 06704.

# CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the State attorney general, attn: Attorney Daniel Schaeffer, 55 Elm Street, Hartford, CT 06106.

Sincerely,

BEN. GYASU

P.O. BOX 4314

Waterbury, CT 06704

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
BEN GYADU,

    Plaintiff,

v.                                  :   Civil No. 3:02CV01271(AWT)

MAURA O'CONNELL,

    Defendant.
------------------------------x

### ENDORSEMENT ORDER

The plaintiff's Motion for Clarification (Doc. No. 141) is hereby GRANTED. The filing of a notice of appeal is a simple process for which no extension of time is necessary.

It is so ordered.

Dated this 7th day of July, 2006, at Hartford, Connecticut.

                                          Alvin W. Thompson
                                    United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## NOTICE OF TIME LIMITATIONS FOR FILING A NOTICE OF APPEAL

1. Enclosed is a copy of the judgment or order which has been entered in your case together with the Notice of Appeal (Form 1) and Motion for Extension of Time to File an Appeal (Form 2).

2. The filing fee for a notice of appeal is $455.00, you may pay in cash, check or money order made payable to the Clerk, U.S. District Court, third party checks are not accepted.

3. Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment or order in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment or within 60 days if the United States or an officer or agency of the United States is a party. Attach a copy of the order/judgment to the notice of appeal.

4. If you wish to appeal the judgment and you are unable to file your notice of appeal within the required time, you may file a motion for extension of time (Form 2) in accordance with the provision of Rule 4(a)(5) of the Federal Rules of Appellate Procedure. You are required to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. The time for filing a notice of appeal may be extended upon motion filed no later than 30 days after the expiration of the time prescribed by Rule 4(a). Any such motion must be served upon the other parties and then filed with the district court with a certificate of service.

5. The United States Court of Appeals for the Second Circuit strictly enforces Rule 4 and will dismiss an appeal where no motion has been filed. Please see Rule 4 of the Federal Rules of Appellate Procedure, for further information.

April 10, 2006

FORM 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

_____

_____  v.                    CIVIL CASE NO. _____

_____

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), _____ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
Judgment or Order (attach the Judgment or Order):

_____

_____

_____

2. The Judgment /Order in this action was entered on _____.
(date)

_____
Signature

_____
Print Name

_____
Address

Date: _____        _____
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 2

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

_____

v.                                    CIVIL CASE NO.

_____

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), _____ respectfully requests leave
                                       (appealing party)
to file the within notice of appeal out of time. _____ desires to appeal
                                                       (appealing party)
the judgment in this action entered on _____, but failed to file a notice of appeal
within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

_____

_____

_____
Signature

_____
Print Name

_____
Address

Date _____                     _____
                                    Telephone Number

Note: You may file this form together with a copy of Form 1 (Notice of Appeal) if you are seeking to appeal a judgment and did not file a copy of Form 1 (Notice of Appeal) within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.