The U.S. District Court,

450 Main Street

Hartford, CT 06103

Date: 4th Aug, 2006

Doc.#: 3:02-CV-01271(AWT)
BEN. GYATU Vs MAURA O'CONNELL.

## MOTION FOR REVIEW/RE-CONSIDERATION

In order to prevent the eminent MANIFEST INJUSTICE and allow the process of justice to take its course so that justice could be rendered accordingly, fair and just, the pro se plaintiff is compelled to move for a review of the endorsement

Page 2

Order 145 dated the 20th July, 2006, whose copy was mailed on the 26th July, 2006, not withstanding the denial of the Motion To Re-Consider

In the Courts Endorsement Order dated the 20th July, 2006, which denied the much needed motion, the Court states the following as the reason behind the Court's action:

"The plaintiff has not set forth any controlling decisions or data that the Court over-looked that might reasonably be expected to alter the conclusion reached by

Page 3

the Court."

THE FOLLOWING ARE THE CONTROLLING DECISIONS OR DATA WHICH THE COURT OVER-LOOKED

    In the Court's Endorsement Order dated the 3rd of May, 2006, which denied the plaintiff's Motion For Extension Of Time and Motion To Stay the Court provided the following as the reason for denying the motions

    The plaintiff has filed a motion to alter and amend judgement. Consequently, pursuant to Fed. R. App. P. 4(a)(4)(A)(iv),

Page 4

the plaintiff's time to file a notice of appeal will run from the date this Court rules on the plaintiff's motion, not from the date that judgement was entered."

"the plaintiff's time to file a notice of appeal will run from the date this Court rules on the plaintiff's motion, not from the date that judgement was entered." EMPHASIS added

This implies that the ; time to file a notice of appeal will start running from the date the Court rules on the

Page 5

plaintiff's motion to alter and amend judgement and therefore at some point after the Court rules on the plaintiff's motion to alter and amend judgement, the time for plaintiff to file a notice of appeal will run out unless the plaintiff files a Motion for Extension Of Time.

In addition, the District Court's Pink Form makes provision for Extension Of Time at Form 2 stating.

"Motion For An Extension Of Time To File A Notice Of Appeal."

And this is not to mention

Page 6

the warning about timing which comes with every Endorsement Order stating: "Warning case closed on 03/27/2006"

The plaintiff moved for a clarification of this warning but the Court did not address that issue and so till to date the plaintiff does not know why the orders come with that warning.

This is where the Court denied also the plaintiff's Motion for Extension of Time to enable the plaintiff to get exhibits he

Page 7

needs for the filing of his Motion for Re-consideration stating that the plaintiff did not specify what exhibits he needs for the Court's Consideration, leaving the plaintiff wondering how he could file the CRUCIAL Motion for Re-Consideration without refusing its filing and thus Consideration on the grounds that it is out of time. Please, see Endorsement Order #133.

As it would clearly be discovered, the Court's denial of the Motion for Extension of Time on the grounds that;
"The filing of a

Page 8

notice of appeal is a simple process for which no extension of time is necessary" not only leaves the plaintiff repeating yet another cycle of despair and hopelessness in plaintiff's efforts to seek justice through the Courts, pro se, hoping justice would be rendered accordingly against the alleged incomprehensible wrongs and lawless acts but the Courts denial of the Motion for Extension of Time is in GROSS CONFLICT with the Courts Endorsement Order # 127 dated the 3rd May, 2006 and the District Courts Appeal Information and Instruction provided

Page 9

on the Appeal Pink Form, depriving the pro se plaintiff a chance to file his papers, in violation of Due Process and Equal Protection of laws.

Plaintiff therefore prays this motion for re-consideration would receive a favourable consideration to allow the plaintiff a chance to file the CRUCIAL Motion For A Review of the Court's Order which accepted the alleged VOID Re-commended decision of the U.S. Magistrate while preserving the plaintiff's appeal rights should

Page 10

the Court decide against the plaintiff.

The Court has over-looked its own Endorsement Order # 127 and the warnings about timing that accompany its Endorsement Orders plus the instructions on the District Courts appeal Link Form

Plaintiff pray the Court would reverse its rulings to allow the pro se plaintiff a chance to file his papers in pursuit of justice

Respectfully Submitted

Ben. Gyadu (Pro Se)
P.O. Box 4314
Waterbury, CT 06704

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
                                 :
BEN GYADU,                       :
                                 :
         Plaintiff,              :
                                 :
v.                               :   Civil No. 3:02CV01271(AWT)
                                 :
MAURA O'CONNELL,                 :
                                 :
         Defendant.              :
                                 :
---------------------------------x

### ENDORSEMENT ORDER

The plaintiff's Motion for Extension of Time (Doc. No. 124) and Motion to Stay (Doc. No. 125) are hereby DENIED, as moot. The plaintiff has filed a motion to alter and amend judgment. Consequently, pursuant to Fed. R. App. P. 4(a)(4)(A)(iv), the plaintiff's time to file a notice of appeal will run from the date this court rules on the plaintiff's motion, not from the date that judgment was entered.

It is so ordered.

Dated this 3rd day of May, 2006, at Hartford, Connecticut.

                           _____
                               Alvin W. Thompson
                           United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
BEN GYADU,                    :
                              :
      Plaintiff,              :
                              :
v.                            :    Civil No. 3:02CV01271(AWT)
                              :
MAURA O'CONNELL,              :
                              :
      Defendant.              :
                              :
------------------------------x

### ENDORSEMENT ORDER

The plaintiff's Motion for Clarification (Doc. No. 141) is hereby GRANTED. The filing of a notice of appeal is a simple process for which no extension of time is necessary.

It is so ordered.

Dated this 7th day of July, 2006, at Hartford, Connecticut.

                                   _____
                                        Alvin W. Thompson
                                   United States District Judge

Your attention is directed to Rule 4(a) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment or order in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment or within 60 days if the United States or an officer or agency of the United States is party.

**Please Attach a copy of the order/judgment to the notice of appeal.**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## NOTICE OF TIME LIMITATIONS FOR FILING A NOTICE OF APPEAL

1.  Enclosed is a copy of the judgment or order which has been entered in your case, together with the Notice of Appeal (Form 1) and Motion for Extension of Time to File an Appeal (Form 2).

2.  The filing fee for a notice of appeal is $455.00, you may pay in cash, check or money order made payable to the Clerk, U.S. District Court, third party checks are not accepted.

3.  Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment or order in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment or within 60 days if the United States or an officer or agency of the United States is a party. Attach a copy of the order/judgment to the notice of appeal.

4.  If you wish to appeal the judgment and you are unable to file your notice of appeal within the required time, you may file a motion for extension of time (Form 2) in accordance with the provision of Rule 4(a)(5) of the Federal Rules of Appellate Procedure. You are required to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. The time for filing a notice of appeal may be extended upon motion filed no later than 30 days after the expiration of the time prescribed by Rule 4(a). Any such motion must be served upon the other parties and then filed with the district court with a certificate of service.

5.  The United States Court of Appeals for the Second Circuit strictly enforces Rule 4 and will dismiss an appeal where no motion has been filed. Please see Rule 4 of the Federal Rules of Appellate Procedure, for further information.

April 10, 2006

FORM 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

_____

v.                                        CIVIL CASE NO.

_____

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), _____ hereby gives notice and
   (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

_____

_____

_____

2. The Judgment /Order in this action was entered on _____.
   (date)

_____
Signature

_____
Print Name

_____
Address

Date:_____                         _____
                                          Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 2

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

_____

v.    CIVIL CASE NO.

_____

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), _____ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. _____ desires to appeal
(appealing party)
the judgment in this action entered on _____, but failed to file a notice of appeal

within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

_____

_____

_____
Signature

_____
Print Name

_____
Address

Date: _____

_____
Telephone Number

Note: You may file this form together with a copy of Form 1 (Notice of Appeal) if you are seeking to appeal a judgment and did not file a copy of Form 1 (Notice of Appeal) within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.

# CERTIFICATION.

This is to certify that a copy of the fore-going was mailed to the State Attorney General, 55 Elm Street, Hartford, CT 06106

Attn:
    Attorney Daniel Schaeffer.

Sincerely,

    Ben. Gyadu

    P.O. Box 4314

    Waterbury, CT 06704.