### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

```
----------------------------------x
BEN GYADU,                         :
                                   :
                 Plaintiff,        :
                                   :
v.                                 : Civil No. 3:02CV1271(AWT)
                                   :
MAURA O'CONNELL,                   :
                                   :
                 Defendant.        :
----------------------------------x
```

### ENDORSEMENT ORDER

The plaintiff's Motion for Review/Re-Consideration (Doc. No. 149) is hereby DENIED.

The plaintiff moves for reconsideration of the court's denial (see Doc. No. 145) of the plaintiff's Motion to Reconsider Denial of a Motion for Extension of Time (Doc. No. 143).  The plaintiff contends that the court overlooked controlling decisions or data.  However, the matters referred to by the plaintiff in the instant motion were considered by the court, in addition to all of the earlier related papers filed by the plaintiff and the analysis set forth in the court's prior rulings.

It is so ordered.

Dated this 15th day of August 2006, at Hartford, Connecticut.

/w/Alvin W. Thompson
_____
     Alvin W. Thompson
United States District Court