UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------x
BEN GYADU,                          :
                                    :
                Plaintiff,          :
                                    :
v.                                  : Civil No. 3:02CV1271(AWT)
                                    :
MAURA O'CONNELL,                    :
                                    :
                Defendant.          :
------------------------------------x
```

## ENDORSEMENT ORDER

The plaintiff's Motion for Stay (Doc. No. 151) is hereby DENIED.

The plaintiff "moves for a stay of any appeal proceedings pending a resolution of the crucial Motion For Re-Consideration should the court decide to give the pro se plaintiff a chance to file one . . ." (Doc. No. 151 at 2.) The court has ruled on all motions filed by the plaintiff, including multiple motions for reconsideration, and the plaintiff will not be permitted to file any additional motion for reconsideration.

It is so ordered.

Dated this 17th day of August 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
     Alvin W. Thompson
United States District Court