District Court Of CT,

450 Main Street,

Hartford, CT 06103

Date: 18th SEPT., 2006


Doc. #: 3:02-CV-01271 (AWT)
BEN. GYASU
Vs
MAURA O'CONNELL


MOTION FOR CLARIFICATION

The pro se plaintiff has been asking for clarification of the warnings that accompanies the Court's Orders but the court has not issued any order clarifying the warning. The Court's Orders are

Page 2

with the ff:

" Filer:

WARNING : CASE CLOSED ON 03/27/2006"

The plaintiff should be very grateful if the Court would clarify what that warning implies so that plaintiff would not run into any unforeseen problems in the near future as a result.

Plaintiff hopes for a favourable consideration.

Respectfully submitted
BEN. GYAU (Esq:)
P.O. BOX 4314
Waterbury, CT 06704