```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

--------------------------------x
BEN GYADU,                      :
                                :
     Plaintiff,                 :
                                :
v.                              :     Civil No. 3:02CV1271(AWT)
                                :
MAURA O'CONNELL,                :
                                :
     Defendant.                 :
--------------------------------x
```

## ENDORSEMENT ORDER

For the reasons set forth below, the plaintiff's Motion for Order (Doc. No. 153) and Motion for Clarification (Doc. No. 154) are hereby DENIED.

On February 28, 2006, after extensive briefing, Magistrate Judge Donna F. Martinez issued a Recommended Ruling on Defendant's Motion for Summary Judgment (Doc. No. 113). On March 10, 2007, the plaintiff filed a Motion for Extension of Time (Doc. No. 116) requesting an additional 42 days to file his objection to the Recommended Ruling. The court granted the plaintiff a partial extension of time to March 23, 2006 (Doc. No. 117). On March 27, 2006, with no objection having been filed, the court accepted the Recommended Ruling and granted the Motion for Summary Judgment (Doc. No. 118). On that date, judgment was entered against the plaintiff and the case was closed.

The plaintiff subsequently filed an Objection to the Recommended Ruling (Doc. No. 120). In deference to the plaintiff's pro se status, the court granted plaintiff's Request

to Supplement Motion to Open (Doc. No. 128) and considered the plaintiff's untimely filed objection.  On May 25, 2006, the court issued its Ruling on Plaintiff's Motion for Relief from Judgment, which denied the plaintiff's Motion to Open and Amend Judgment (Doc. No. 130).

The plaintiff then filed a Motion for Clarification (Doc. No. 131) on June 9, 2006, which purported to be seeking clarification of the court's ruling but in actuality simply reargued his case.  The court reviewed that motion under the standard for a motion for reconsideration and denied it on June 14, 2006 (See Doc. No. 134).  At that point in time, the plaintiff had had ample opportunity to present his case to the court, and it had been fully adjudicated.

The plaintiff subsequently filed nine separate motions seeking reconsideration, an extension of time or a stay, and clarification (Doc. Nos. 135, 136, 138, 141, 143, 144, 147, 149, 151), each of which the court considered and addressed (See Doc. Nos. 137, 139, 140, 142, 145, 146, 148, 150, 152).  In the Endorsement Order dated August 17, 2006, which denied the plaintiff's Motion for Stay, the court stated "[t]he court has ruled on all motions filed by the plaintiff, including multiple motions for reconsideration, and the plaintiff will not be permitted to file any additional motion for reconsideration." (See Doc. No. 152).

The plaintiff then filed the motions currently pending

before this court, a Motion for Order (Doc. No. 153) and a Motion for Clarification (Doc. No. 154). These motions are being denied because the plaintiff's case has been fully adjudicated and is closed.

The plaintiff is not permitted to file any additional motion in this case.

It is so ordered.

Dated this 18th day of June 2007 at Hartford, Connecticut.

>                      /s/AWT
>                   Alvin W. Thompson
>             United States District Judge