FILED
2007 JUL 17 P 4: 54
US DISTRICT COURT
HARTFORD CT

The U.S. District Court,
450 Main Str.,
Hartford, CT 06103

Date: 17th July, 2007

Doc. #: 3:02-CV-01271(AWT)
BEN. GYAPU Vs MAURA O'CONNELL

Attn:
Case Manager.

Dear Case Manager,

I am not sure if I initiated the action with an IFP or a fee-waiver.

Please, if I do not already have an IFP with the action, then kindly use the attached IFP with the Notice of Appeal.

Thank you.
Sincerely,
Ben. Gyapu

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. § 1915

2007 JUL 17 P 4:54

DISTRICT COURT
HARTFORD CT

__BEN. GYABU__, Plaintiff(s),

v.

Case No. __3:02-CV-01271(AWT)__

__MAURA O'CONNELL__, Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

BY: _____
Original Signature

__BEN. GYABU__
Name (print or type)

__P.O. BOX 4314__
Street Address

__Waterbury__, __CT__ __06704__
City      State      Zip Code

( )
Telephone Number

Rev. 10/3/05                    1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FINANCIAL AFFIDAVIT IN SUPPORT OF
MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. § 1915

**BEN. GYAMY**
Plaintiff(s),

v.

**MAURA O'CONNELL**
Defendant(s).

Case No. **3:02-CV-01271**

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ____ Married **X** Separated ____ Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____ No ____
Dependents: Wife **X** Children # ____ Others # **2 NEPHEWS**
and relationship **DECEASED SISTERS' CHILDREN**
Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only.
Name **KOFI ACKAH** Age **22**
Name **KWABENA FIREMPONG** Age **19**
Name ____ Age ____

**RESIDENCE**
Street Address: **P.O. BOX 4314**
City: **WATERBURY** State: **CONN.**
Zip Code: **06704** Telephone: ____

Rev.10/3/05

2

## EDUCATION
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8      High School   9 10 11 12
College   1 2 3 4     Post-Graduate   1 2 3 4
                                          X

## EMPLOYMENT
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income:   Monthly _____   Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the __15th__ day of __August__, 19__86__
The name of my last employer: __D'ADDARIO INDUSTRIES__
Address: __BOSTON POST ROAD, BRIDGEPORT, CT__
Telephone #: (    )
The last salary or wages received: __APPROX. $1300/WK.__

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: __5 years__
Income:   Monthly _____   Weekly __Approx $340/WK.__
What is the nature of spouse's employment? __NURSING__

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $_____ monthly _____ weekly _____

## FINANCIAL STATUS
Owner of real property?  Yes _____  No __X__
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev.10/3/05                                3

Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property: **N/A**
Automobile: Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

Cash or Securities on hand:
Cash in banks and savings and loan associations: **$26.00**
Names and addresses of banks and associations:
**SOVEREIGN BANK, West Main Street, Waterbury, CT.**

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds: **NONE**

## OBLIGATIONS:

| | |
|---|---|
| Monthly rental on house or apartment: | $**700.00** |
| Monthly mortgage payment on house: | $ |
| Gas bill per month: | $ |
| Electric bill per month: | $**250.00** |
| Phone bill per month: | $**110.00** |
| Car payments per month: | $ |
| Car insurance payments per month: | $ |
| Other types of insurance payments per month | $**79.00** |
| Monthly payments to retail merchants: | $ |
|   Please list: _____ | $ |
|   Please list: _____ | $ |
| Monthly payments on any other outstanding loans or debts: | $**349.00** |
|   Please list: **STUDENT LOAN (Deferment)** | $ |
|   Please list: _____ | $ |
| Any money owed to doctors, hospitals, lawyers | |
|   Please list: _____ | $ |
|   Please list: _____ | $ |
| Monthly payment for maintenance or child support under separation or dissolution agreement: | $ |
| Estimated monthly expenditure on food: | $**240.00** |

Rev. 10/3/05

4

Estimated monthly expenditure on clothing: $ 40.00

Total amount of monthly obligations: $ 1718

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned): N/A

## PREVIOUS LITIGATION:

If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| Case Number | Case Caption | Disposition of Case |
|---|---|---|
| 1. 02-CV-1615 | Gyamu vs Hted Ins. | Lack of Jurisdiction |
| 2. 02-CV-75 | Gyamu vs Bella Vista Condos. | Rule 11 Disposition |
| 3. | | |
| 4. | | |
| 5. | | |

Date: 16TH JULY, 2007

_____
Original Signature of Affiant

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 16TH JULY, 2007

_____
Original Signature of Affiant

Rev.10/3/05

5