D. Conn. -<br>
02-cv-1271<br>
Thompson, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of January, two thousand eight,

Ben F. Gyadu,

          *Plaintiff-Appellant,*

v.

Maura O'Connell,

          *Defendant-Appellee.*

07-3074-mv



Appellant, *pro se*, moves for "Clarification" of this Court's December 17, 2007 order, and for an "Extension of Time to Plead Pending a Decision on the Motion for Clarification." Upon due consideration, it is hereby ORDERED that the motion for clarification is GRANTED insofar as the following clarification is given. The appeal was dismissed pursuant to *In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993) (holding that leave to appeal should not be granted when the application is merely a "continuation of the prior pattern of vexatious filings") and *Gyadu v. Hartford Ins. Co.*, No. 98-9585, 97 F.3d 590, 591 (2d Cir. 1999) (requiring a copy of that order to be appended to any future notice of appeal). It is further ORDERED that Appellant's motion for an extension of time is DENIED.

FOR THE COURT:<br>
Catherine O'Hagan Wolfe, Clerk<br>
<br>
By: _____

SAO-KAC

ISSUED AS MANDATE 3/19/08